CODY R. LEJEUNE (CSB No. 249242)
cody@lejeunelawfirm.com
STEVEN M. BENSON (CSB No. 249225)
steven@lejeunelawfirm.com
**LEJEUNE LAW, P.C.**
402 West Broadway, Suite 400
San Diego, CA 92101
Telephone: (985) 713-4964

Attorney for Plaintiff L ALD, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L ALD LLC, a Florida Limited Liability Company,<br><br>           Plaintiff,<br><br>   v.<br><br>REBEKAH M. GRAY, an individual; MERLIN PUBLISHING LLC, a Texas Limited Liability Company DBA MERLIN'S PEN PUBLISHING; GATEKEEPER PRESS, a Florida Limited Liability Company; INGRAM INDUSTRIES INC., a Tennessee corporation DBA INGRAM CONTENT GROUP and/or LIGHTNING SOURCE; HACHETTE BOOK GROUP, a New York Corporation; and DOES 1- 50, inclusive,<br><br>           Defendants. | CASE NO.:  **'24CV2195 MMA MSB**<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br><br>**DEMAND FOR JURY TRIAL** |

## **NATURE OF THE ACTION**

1. Plaintiff L ALD LLC ("Plaintiff") brings this action against Defendants for Defendants' wholesale and willful copyright infringement of Plaintiff's works.

2. Defendants' *Nightweaver* features numerous identical plotlines, scenes and characters that undoubtedly leaves the average reader with the feeling that Defendant Gray copied Plaintiff's works. Removing all notions that Defendant's work could have been created by coincidence or prior commonalities, the following is a list of similar – and often identical – plotlines from the two works:

| | Ald's *The Boy with the Beautiful Soul* | Gray's *Nightweaver* |
|---|---|---|
| 1. | Story takes place at the palace of a love interest in a foreign land | Story takes place at the palace of a love interest in a foreign land |
| 2. | Lead female is from Red, Connecticut | Lead female seeks a destination called Red Island |
| 3. | Teen heroine, 17, has never been in a serious relationship | Teen heroine, 17, has never been in a serious relationship |
| 4. | Teen is in a love triangle with a dark-haired love interest who is charming and 'like a friend'. The other is an antagonist with blue eyes and blonde hair that 'wants to kill her'. Teen fears lead Antagonist. The two love interests are princes and brothers. Lead antagonist is jealous and in competition with his brother for the affection of the lead female. Antagonist mentions his brother when he first meets Teen. Later, Antagonist invites Teen to join him at a 'dome'. | Teen is in a love triangle with a dark-haired love interest who is charming and 'like a friend'. The other is an antagonist with blue eyes and blonde hair that 'wants to kill her'. Teen fears lead Antagonist. The two love interests are nobility. They are "like" brothers. Lead antagonist is jealous and in competition with his friend who is like a 'brother' for the affection of the lead female. Antagonist mentions his friend who's 'like a brother' when he first meets Teen. Later, Antagonist invites Teen to join him at a 'dome'. |
| 5. | Lead male love interest wears watch that holds special meaning. Secret of watch is revealed at the end of the story. | Teen wears bracelet that holds special meaning. Secret of bracelet is revealed at the end of the story. |

1

| 6. | Teen has a strong, positive relationship with both of her parents. (This is not typical in YA novels.) | Teen has a strong, positive relationship with **both** of her parents. (This is not typical in YA novels.) |
|---|---|---|
| 7. | Teen's parents are deeply in love | Teen's parents are deeply in love |
| 8. | Teen has an older brother named Charles. His girlfriend calls him 'Charlie'. Brother calls Teen "Buttercup". Brother is tall, athletic, and has blonde hair. Brother has a strong, positive relationship with Teen.<br><br>Note: Antagonist tells Teen to call him "H" | Teen has an older brother named Owen. Brother calls Teen "Little Mouse". Brother is tall, athletic, and has blonde hair. Brother has a strong, positive relationship with Teen.<br><br>Note: Teen has another brother named Charlie who calls her "V". |
| 9. | Teen has a friend who dates Charles named 'Ella' who is blonde | Teen has a sister (also sister to Charlie) named Elsie who is blonde |
| 10. | At beginning of story, Teen recalls seeing Antagonist 'before' as Antagonist saved Teen's life | At beginning of story, Teen recalls seeing Antagonist 'before' as Antagonist saved Teen's life |
| 11. | Antagonist teases Teen about 'stealing' his brother's sunglasses and takes them from her. Teen tries to take the sunglasses back. Later in story, Antagonist gifts Teen a gold pearl that holds special meaning to him. | Antagonist teases Teen about 'stealing' his gold medallion and takes it from her. Teen tries to take the medallion back. The gold medallion Teen took from Antagonist holds special meaning to him. |
| 12. | Antagonist has dark-colored pet hawk that watches Teen with evil, knowing eyes. Hawk is symbol of bad omen. | Teen's brother Owen becomes another Antagonist and is disguised as a dark-colored raven. He watches Teen with evil, knowing eyes. Raven is symbol of bad omen. |
| 13. | Heroine is smart and sassy with dark brown hair | Heroine is smart and sassy with dark brown hair |
| 14. | Mention of scientists in a book about technology | Mention of scientists in a book about 'magic' |

2

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| | | |
|---|---|---|
| 15. | Antagonist tries to get Teen to reveal whereabouts of a hidden device (secret weapon) | Antagonist tries to get Teen to reveal her family's secrets. Teen finds out Antagonist is the secret weapon. |
| 16. | Antagonist is a prince who "befriends" Teen at the beginning of the story. Kisses lead female's hand when they first meet. Tells Teen's friend that he 'already knows her'. He is a love interest to lead female. He also hides a secret identity using an alias (Hector Flame). Antagonist wants to kill Teen. He's the dangerous pirate captain who leads a band of thugs who wear skeleton masks to hide their identities. Lead antagonist is infamous in that everyone knows and fears lead antagonist's secret pirate identity. He has a tattoo on his arm that specifically ties him to the rebel pirates called "Skulls". He is a Pirate Captain and Skull King. Teen sees the tattoo early in the story on Antagonist's arm and Antagonist covers the tattoo with his hand. Teen doesn't realize who he is. Antagonist wears fully red outfit when character first meets Teen. Antagonist lives in stone fortress at top of cliffs that is shrouded in fog. | Antagonist is a prince who "befriends" Teen at the beginning of the story. Kisses lead female's hand when they first meet. Later, tells Teen that he 'already knows her'. He is a love interest to lead female. He also hides a secret identity using an alias (Captain Shade). Antagonist wants to kill Teen. He's the dangerous pirate captain who leads a band of thugs. He wears a skeleton mask to hide his identity. Lead antagonist is infamous in that everyone knows and fears lead antagonist's secret pirate identity. He has a tattoo on his arm that specifically ties him to the rebel pirates called "Nightweavers". Teen sees the tattoo early in the story on Antagonist's arm and Antagonist covers the tattoo with his hand. Teen doesn't realize who he is. Antagonist wears fully red outfit when character first meets Teen. Antagonist lives in stone fortress at top of hill that is shrouded in fog. |
| 17. | Women who 'work' for Antagonist hurt Teen by ripping brush through her hair, ripping her clothes, and taking her belongings away while Teen is 'a prisoner' bound in chains by her wrists. | Women who get Teen ready for slave trade hurt Teen by ripping brush through her hair, ripping her clothes, and taking her belongings while Teen is a 'prisoner' bound in chains by her wrists. |
| 18. | King Charleston (father of both love interests) hides whereabouts | Lord Castor (father of one of the love interests) hides whereabouts of secret weapon Antagonist is looking for. |

3

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| | | |
|---|---|---|
| | of secret device Antagonist is looking for. | |
| 19. | Teen overhears conversation about hidden device between King and lead male (Ben) while eavesdropping behind wall in palace | Teen overhears conversation about a secret weapon between Lord Castor and noble (Baron) while eavesdropping behind wall in palace |
| 20. | Teen is captured and put in chains by Antagonist and taken aboard his ship. He is a pirate captain. Antagonist takes her prisoner to his stone fortress. | Teen is captured and put in chains and taken from ship. Teen speaks with Antagonist. He is a pirate captain. She is taken as a prisoner to work at a stone fortress. |
| 21. | While Teen is being kidnapped by Antagonist's Skull thugs, she jokes that she is "the maid". | While Teen is being kidnapped by Nightweaver thugs, she is told she will be "the maid" |
| 22. | Teen passes through town of gawking townspeople when she first arrives at foreign island. Teen is also paraded past large numbers of pirates after she is captured. Pirates gawk at her. | Teen is paraded past large numbers of townspeople after she is captured and arrives at foreign island. People gawk at her. |
| 23. | Teen learns about upcoming Midnight Masquerade ball hosted by noble family. Ball is a huge event given by noble family every year. | Teen learns about upcoming Reckoning Day Ball hosted by noble family. Ball is a huge event given by noble family every year. |
| 24. | Teen meets nice, welcoming King and Queen Charleston (parents of both noble love interests). Teen is caught off guard by the meetings. Teen doesn't know what titles to use to address King and Queen. Teen is awkward and struggles to curtsy. | Teen meets nice, welcoming Lord and Lady Castor (parents of noble love interest). Teen is caught off guard by the meetings. Teen doesn't know what titles to use to address Lord and Lady. Teen is awkward and struggles to curtsy. |
| 25. | Teen is especially fond of exotic, shimmering horse kept in stable at island castle. Teen visits horse often. Teen comments horse is like a unicorn. | Teen is especially fond of exotic, shimmering unicorn kept in stable at island castle. Teen visits unicorn often. |

4

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| 26. | Teen rides her horse often on the palace grounds | Teen rides her horse often on the palace grounds |
|---|---|---|
| 27. | Teen visits garden with lead male love interest (dark haired, charming one) | Teen visits garden with lead male love interest (dark haired, charming one) |
| 28. | Dark haired love interest abruptly ends love scene with Teen. When he pulls away she feels 'cold'. | Dark haired love interest abruptly ends love scene with Teen. When he pulls away she feels 'cold'. |
| 29. | Teen attends glamorous ball and wears a gown. Both love interest males attend. Teen eats desserts and hides in alcove in ballroom. Teen watches dancing from afar. She is joined by her friends. | Teen attends glamorous ball and wears a gown. Both love interest males attend. Teen eats desserts and hides in alcove in ballroom. Teen watches dancing from afar. She is joined by her friends. |
| 30. | Teen is surprised and distraught when lead male announces surprise engagement to another girl (princess from an exotic island) during ornate ball. This is a big reveal plot twist to shock readers. | Teen is surprised and distraught when Antagonist announces surprise engagement to another girl (princess from an exotic island) during ornate ball. This is a big reveal plot twist to shock readers. |
| 31. | King Charleston hushes crowd and makes toast to honor his two sons during ball. Teen is later told by maiden of threat of pirate thugs and Antagonist on people during feast. Antagonist and his thugs are rumored to be a threat to King and Queen. | Lord Castor hushes crowd and makes toast to honor his son during ball. Lord Castor later describes threat of pirate thugs and Antagonist on people. Antagonist and his thugs are rumored to be a threat to Lord and Lady. |
| 32. | Antagonist is described by Teen as 'a magnificent dancer.' Antagonist dances seductively with Teen. She injures him causing him to say 'Yow!' | Antagonist is described by Teen as a 'trained dancer.' Antagonist dances seductively with Teen. As they walk back she injures him causing him to say 'Ouch!' |
| 33. | Teen watches lead male sip wine during feast. Teen watches in horror when lead male collapses from poison. | Teen gets red wine splashed on her during feast. Teen is horrified as she thought it was blood. |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| | | |
|---|---|---|
| 34. | Teen goes into garden during night and meets lead male there. Antagonist watches them from a distance | Teen goes into garden during night and meets Antagonist there |
| 35. | Teen makes a crown with her hands and places it on Antagonist's head. She teases him about being royal | Teen makes a crown with her hands and lead male places it on her head. He teases her about being royal |
| 36. | Lead male takes Teen to statue of woman holding infant in its arms. Woman is royal. Statue is outdoors and surrounded by pillars. Statue is a memorial. | Antagonist takes Teen to statue of woman holding infant in its arms. Woman is royal. Statue is outdoors and surrounded by pillars. Statue is a memorial. |
| 37. | Teen has garden picnic with only apple pie. Antagonist and friends join her. Cookbook belonging to someone else is used to make apple pie from scratch. Antagonist mentions dislike of flowers during picnic. | Teen has garden picnic with only apple pie. Lead male joins her. Cookbook belonging to someone else is used to make apple pie from scratch. Lead male mentions dislike of flowers during picnic. |
| 38. | Teen is almost attacked by multiple wolf dogs (Siberian Huskies). Lead male commands snarling wolf dogs to 'stop' and Teen is relieved and unharmed. Lead male mentions Siberian Huskies are like "wolves" | Teen is almost attacked by multiple wolves. Lady Castor commands snarling wolves to retreat and Teen is relieved and unharmed. |
| 39. | Lead male is poisoned and goes into weeks-long coma (after mid-book feast) | Teen is poisoned and goes into weeks-long coma (at end of book) |
| 40. | Teen receives an important letter (at beginning of book). Teen is in another country when she receives letter | Teen receives an important letter (at end of book). Teen is in another country when she receives letter |
| 41. | Teen awakens in Antagonist's bed wearing new gown he gave her. She looks down at her wrist and is surprised to see the chain is gone. | Teen awakens in Antagonist's bed wearing new gown he gave her. She looks down at her wrist for her bracelet. Antagonist is sitting in room and comments she is awake |

6

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| | | |
|---|---|---|
| | Antagonist walks into room and comments she is awake | |
| 42. | Teen learns love interest prince is actually Antagonist evil pirate captain. She is surprised and angry that he pretended to be her friend. This is the largest plot twist in the story. This reveal is specifically tied to this Antagonist. It is the reason he has his specific tattoo. | Teen learns love interest prince is actually Antagonist evil pirate captain. She is surprised and angry that he pretended to be her friend. This is the largest plot twist in the story. This reveal is specifically tied to this Antagonist. It is the reason he has his specific tattoo. |

## **PARTIES**

3.    Plaintiff L ALD LLC ("Plaintiff") is a limited liability company organized and doing business in the State of Florida, and the sole owner of registered copyrights to various novels, including a wholly original series of young-adult ("YA") novels respectively titled *The Boy with the Beautiful Name*, *The Boy with the Beautiful Soul*, and *The Boy with the Beautiful Heart*.

4.    Plaintiff is informed and believes, and on that basis alleges, that Defendant Rebekah M. Gray, an author utilizing the pseudonym "RM Gray" ("Defendant Gray"), is an individual residing in Texas, who sells physical products from either her own website or through an interactive website (e.g. amazon.com) and delivers or has delivered those physical products to residents of California in her regular course of business.

5.    Defendant Merlin Publishing LLC doing business under the name Merlin's Pen Publishing ("Merlin's Pen") is a limited liability company located in Hewitt, Texas, engaged in the publishing and sale of books, that sells physical products from either its own website or through an interactive website (e.g. amazon.com) and delivers or has delivered those physical products to residents of California in its regular course of business.

6.    Defendant Gatekeeper Press, LLC ("Gatekeeper") is a limited liability company located in Tampa, Florida, engaged in the publishing and sale of books, that sells

7

physical products from either its own website or through an interactive website (e.g. amazon.com) and delivers or has delivered those physical products to residents of California in its regular course of business.

7.    Defendant Ingram Industries, Inc., is a corporation located in La Vergne, Tennessee, which additionally does business under the names "Ingram Content Group" and/or "Lightning Source" ("Ingram"), engaged in the publishing and sale of books, that sells physical products from either its own website or through an interactive website (e.g. amazon.com) and delivers or has delivered those physical products to residents of California in its regular course of business.

8.    Defendant Hachette Book Group ("Hachette") is a corporation located in New York, New York, engaged in the publishing and sale of books, that sells physical products from either its own website or through an interactive website (e.g. amazon.com) and delivers or has delivered those physical products to residents of California in its regular course of business.

9.    Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 50, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed, believes, and thereon alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages, as herein alleged, were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendants" shall mean all named Defendants, and all fictitiously named Defendants.

10.    Plaintiff is informed, believes, and thereon alleges that Defendants at all times relevant to this action were the agents, servants, partners, joint venturers, and employees of each of the other Defendants and in doing the acts alleged herein were acting with the knowledge and consent of each of the other Defendants in this action. Alternatively, at all

8

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

times herein relevant, each Defendant conspired with each other to commit the wrongful acts complained of herein. Although not all of the Defendants committed all of the acts of the conspiracy or were members of the conspiracy at all times during its existence, each Defendant knowingly performed one or more acts in direct furtherance of the objectives of the conspiracy. Therefore, each Defendant is liable for the acts of all the other conspirators.

## JURISDICTION AND VENUE

11.    This action arises under the Copyright Laws of the United States (Title 17 U.S.C. §101 *et seq.*).

12.    This Court has exclusive jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338 in that this action involves claims arising under the Copyright Laws of the United States.

13.    This Court has personal jurisdiction over Defendants because they have purposefully directed and expressly aimed their tortious activities at the State of California and established sufficient minimum contacts with California by, among other things, selling physical products from either their own website(s) or through an interactive website (e.g. amazon.com), and delivering or having delivered those physical products to residents of California in its regular course(s) of business.

14.    Plaintiff asserts that personal jurisdiction is proper here, among any and all other bases for jurisdiction, for reasons as set forth in *Herbal Brands, Inc. v. Photoplaza, Inc.*, 72 F.4th 1085 (9th Cir. 2023).

15.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred within this judicial district, or since any of the Defendants named above is subject to the court's personal jurisdiction with respect to this action.

9

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## **FACTUAL BACKGROUND**

16.    Under the pseudonym "Liz Ald," Lesley and Lindsey Aldrich author YA novels.

17.    "Liz Ald" authored specific novels respectively titled: 1) *The Boy with the Beautiful Name*; 2) *The Boy with the Beautiful Soul*; and 3) *The Boy with the Beautiful Heart*.

18.    Lesley Aldrich obtained a registered copyright for *The Boy with the Beautiful Name* via United States Copyright Office registration number TX 9-363-135, with said registration effective February 5, 2024, for the work completed in 2022 and first published on January 8, 2022.

19.    Lesley Aldrich obtained a registered copyright for *The Boy with the Beautiful Soul* via United States Copyright Office registration number TX 9-368-876, with said registration effective February 5, 2024, for the work completed in 2023 and first published on August 5, 2022.

20.    An error in the copyright registration information concerning *The Boy with the Beautiful Soul* has been identified in the process of drafting this Complaint and Liz Ald intends to modify the work completion date from "2022" to "2023" through the United States Copyright Office via its "supplementary registration" process.

21.    Lesley Aldrich obtained a registered copyright for *The Boy with the Beautiful Heart* via United States Copyright Office registration number TXu 2-414-115, with said registration effective February 5, 2024, for the work completed in 2023.

22.    Lesley Aldrich transferred the interest in these copyrights to entity Plaintiff.

23.    Plaintiff is a limited liability company organized in the State of Florida which is owned, operated and managed by sisters Lesley and Lindsey Aldrich.

24.    Plaintiff currently owns the valid copyright registrations for all three original works and all rights related thereto.

10

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

25.    The novels and associated copyright at issue in this lawsuit are *The Boy with the Beautiful Name* and *The Boy with the Beautiful Soul*, two of three novels in this particular YA series authored by the Aldrich sisters under the pen name "Liz Ald."

26.    Lesley and Lindsey Aldrich (while using the pseudonym "Liz Ald") first began using the internet website wattpad.com ("Wattpad"), an interactive web-novel platform in or around July 25, 2020, publishing a different fantasy novel than at issue in this case.

27.    *The Boy with the Beautiful Name* was first published on Wattpad on or around January 8, 2022.

28.    Wattpad is a leading web-novel platform, home to a community spending 26+ billion minutes per month engaged in Wattpad-contributor original stories and other content.

29.    Wattpad is widely used by readers and authors alike, and authored works on Wattpad are widely disseminated as a result.

30.    Plaintiff estimates that Wattpad has over 650 million authored works on its site and that its web traffic is in excess of 100 million visits per month.

31.    Wattpad advertises that an original story could "get produced to movie or film," "get adapted to a TV series," or "get published" and that "Wattpad Studios works with partners such as: Sony, Hulu and Syfy."

32.    Wattpad was a preferred method for Liz Ald to publish its works due to significant web traffic, its exposure to readers and for its ease of use, for author and reader alike.

33.    Upon utilizing features available to registered authors on Wattpad, Liz Ald discovered the following benefits it received from working with the Wattpad site: 1) Liz Ald found registration of a profile and of its literary works to be easy; 2) Liz Ald's works ranked #1 on Wattpad in its "Fiction" section for approximately 12+ weeks and Liz Ald's

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

works were frequently featured on Wattpad's homepage, creating significant exposure with Wattpad users; and 3) Liz Ald has significant exposure for its works in general while on the site, with an estimate of over 1 million views of Liz Ald-created material.

34.    Liz Ald further found that users of Wattpad were responsive to Liz Ald's uploaded content, noticing an audience eager for new material and engaging with Liz Ald in an effort to anticipate the content of to-be-uploaded new chapters of its works.

35.    Liz Ald additionally discovered that Wattpad's algorithm rewarded content providers with higher rankings and a greater likelihood of being featured on Wattpad's homepage if authors followed these basic rules: 1) write stories directly into Wattpad (in lieu of producing content elsewhere and simply copy/pasting content from a separate document); 2) frequently publish new chapters for consumption by a reader base; and 3) engage with Wattpad users following receipt of comments.

36.    Liz Ald followed Wattpad's rules and found success by way of an encouraging engagement level of Wattpad users with Liz Ald's works, which led to increased views and exposure to readers to Liz Ald's YA content.

37.    Anyone registered on the platform could see that Liz Ald's books' views increased by an estimated 100,000 new reads every week as popularity for Liz Ald's content increased over time, an increase which collectively contributed to Liz Ald's 1 million + views for its 3-book YA series.

38.    A basic timeline of Liz Ald's participation on Wattpad for the three-part YA novel series at issue here, as well as some other relevant dates/actions concerning the works, are as follows:

| **Date** | **Action and Work Associated with Action** |
|---|---|
| | *The Boy with the Beautiful Name ("Book 1")* <br> *The Boy with the Beautiful Soul ("Book 2")* <br> *The Boy with the Beautiful Heart ("Book 3")* |
| **2022** | |
| January | Ald writes 16 chapters of Book 1 to Wattpad |
| February | Ald writes 50 chapters of Book 1 to Wattpad |

12

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| | |
|---|---|
| March | Ald writes 30 chapters of Book 1 to Wattpad |
| April | Ald writes 45 chapters of Book 1 to Wattpad |
| May | Ald writes 31 chapters of Book 1 to Wattpad |
| June | Ald writes 18 chapters of Book 1 to Wattpad |
| July | Ald writes 8 chapters of Book 1 to Wattpad.<br><br>Book 1 complete. Book 1 is approximately 147,000 words. |
| August | Ald writes 34 chapters of Book 2 to Wattpad. |
| September | Ald writes 20 chapters of Book 2 to Wattpad |
| October | Ald writes 21 chapters of Book 2 to Wattpad |
| November | Ald writes 27 chapters of Book 2 to Wattpad |
| December | Ald writes 20 chapters of Book 2 to Wattpad |
| | |
| **2023** | |
| January | Ald writes 32 chapters of Book 2 to Wattpad |
| February | Ald writes 28 chapters of Book 2 to Wattpad |
| March | Ald writes 16 chapters of Book 2 to Wattpad.<br><br>Book 2 complete. Book 2 is approximately 120,000 words. |
| April | Ald hides Book 2 on Wattpad and self-publishes it to Amazon |
| May | Ald removes Book 2 from Amazon and re-publishes all chapters to Wattpad. |
| June | Ald writes 12 chapters of Book 3 to Wattpad |
| July | Ald writes 26 chapters of Book 3 to Wattpad |
| August | Ald writes 54 chapters of Book 3 to Wattpad.<br><br>Ald hides all books on Wattpad.<br><br>Ald self-publishes Books 1 and 2 to Amazon. |
| September | Ald writes more chapters for Book 3 on Wattpad but does not publish them.<br><br>Ald removes all books from Wattpad. |
| October | Ald writes more chapters for Book 3 on personal laptop |

13

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| November | Ald writes more chapters for Book 3 on personal laptop |
|---|---|
| December | Ald writes more chapters for Book 3 on personal laptop<br><br>Book 3 complete. Book 3 is approximately 120,000 words |
| | |
| 2024 | |
| January | Ald researches marketing strategy for Books 1 and 2. |
| February | Ald registers all three novels with Copyright Office. |

39.     Defendant Gray had access to Liz Ald's works like any other Wattpad user. The books were also available at no charge via simple "Google" or other search engine inquiry and there was access irrespective of Wattpad access on the Web.

40.     Due to the nature of placing only portions of a work onto Wattpad at one time, and in consideration of the positive feedback to Liz Ald's work (which would be viewable to any user), a would-be infringer could and would be motivated by Liz Ald's visible success to attempt to capture a similar response to its works, potentially for financial gain, and have an easier time creating a substantially similar work since the entirety of the work was released in parts and over time, not merely provided for consumption as one completed work.

41.     Plaintiff is informed, believes, and thereon alleges that Defendant Gray was personally motivated by Liz Ald's success on Wattpad and that this motivation, among other unknown reasons, caused Defendant Gray to attempt to replicate Liz Ald's success for her own personal gain by wrongfully infringing upon Liz Ald's works by creating a substantially similar product.

42.     As briefly mentioned above, Liz Ald wrote and uploaded the at-issue and infringed chapters to Wattpad by writing within the platform and uploading approximately

14

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1 to 3 chapters each week for a period approximating 8 months in order to complete its 3-part YA series.

43.    Infringement of works by Defendant Gray would be easier to accomplish when, as is the case here, larger works are uploaded piece by piece and over a significant period of time.

44.    Liz Ald's first two books, the books which Plaintiff alleges have been infringed, are each approximately 600 pages.

45.    Defendant Gray's book is approximately 300 pages.

46.    Plaintiff is informed, believes, and thereon alleges that Defendant Gray had 1,200 pages from Liz Ald's content from which to infringe in order to create her 300-page work, and that Defendant Gray did so to infringe on Liz Ald's works.

47.    Lesley and Lindsey Aldrich performed a comparison of Liz Ald's books (*The Boy with the Beautiful Name* and *The Boy with the Beautiful Soul*) to Defendant Gray's book (written under pseudonym RM Gray), *Nightweaver*.

48.    Following the comparison, substantial similarities were noted between the respective books' main characters, general plotlines and specific scenes, among other similarities.

49.    In addition to the similarity in the ideas expressed, plot, themes, dialogue, mood, setting, pace, characters, and sequence of events within the respective books, the books' general concepts also felt similar, creating a feel that the books were related or perhaps one was the sequel to the other.

50.    While the YA novels of Liz Ald have arguably *scenes a faire* elements within them, it is Liz Ald's addition of unique and creative elements, the combination of these elements in novel ways, and additional details and descriptive supplements provided to the elements of the works which give those elements copyright protection as well.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

51.    Concerning the respective lead antagonists and respective family characteristics of the lead antagonists, similarities were observed as detailed in Exhibit 1, a copy of which is incorporated herein by reference, which is a true and correct copy of the chart that Lesley and Lindsey Aldrich prepared noting the similarities in elements of the lead antagonists, combined with a notation of the text from each respective book and page number on which the similarity is evidenced.

52.    Concerning the respective plotlines of the compared books, similarities were observed as detailed in Exhibit 2, a copy of which is incorporated herein by reference, which is a true and correct copy of the chart that Lesley and Lindsey Aldrich prepared noting the plotline similarity details for the respective works.

53.    Concerning certain specific scenes of the compared books, similarities were observed as detailed in Exhibit 3, a copy of which is incorporated herein by reference, which is a true and correct copy of the chart that Lesley and Lindsey Aldrich prepared noting the scene similarity and details showing the similarity of the scenes for the respective works, combined with a notation of the text from each respective book and page number on which the similarity is evidenced.

54.    Concerning certain aspects of online marketing of the books and pictures posted online related thereto, similarities were observed as detailed in Exhibit 4, a copy of which is incorporated herein by reference, which is a true and correct copy of the chart that Lesley and Lindsey Aldrich prepared noting the on-line presence similarities for the respective works, combined with a notation of online site where similarity is evidenced.

55.    Reader feedback for *Nightweaver* posted online pointed out various additional oddities in the book which solidified suspicions concerning infringement by Defendant Gray, e.g. *Nightweaver* was supposed to be a 1600's-set fantasy/romance/pirate tale yet also featured an automobile and "normal" people who were supposed to be ruthless pirates. It was criticized online as a "strange mishmash" which did not flow properly and was not

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

true to its purported pirate era. *Nightweaver* suffers from these infirmities due to its infringement of expressed ideas from a modern-set work and Defendant Gray's failure to make a creative effort to utilize Liz Ald's ideas.

56.    *Nightweaver* was also criticized online for purporting to be a "pirate" book (per Defendant Gray's marketing on Instagram), and while starting on a ship and featuring a pirate as a main character, does not feature much more content to properly label it a "pirate" book. Liz Ald again attributed these problems with *Nightweaver* to its reliance on Liz Ald's work, which was not a pirate book.

57.    After concluding that the similarities between the Liz Ald and Defendant Gray works were too numerous and prevalent to be coincidence and upon consideration of reader criticism of *Nightweaver* online, Plaintiff obtained counsel and demanded that Defendant Gray stop her infringement via letter sent to Defendant Gray's counsel on or about March 20, 2024.

58.    Defendant Gray, through counsel, denied any infringing activity and indicated to Plaintiff that, among other purported defenses to the claim of infringement, Defendant Gray's novel was written before Liz Ald's, so Defendant Gray could not have copied any element of it.

59.    Plaintiff was provided and reviewed the evidence from Defendant Gray's counsel, namely email exchanges between Defendant Gray and her editor which purported to have occurred in June 2022, wherein Defendant Gray allegedly provided the complete manuscript to her editor over email.

60.    Following review of the properties of the provided Word document (which was the purported manuscript for *Nightweaver*), Plaintiff discovered some peculiarities relating to the "manuscript."

61.    The properties of the Word document manuscript for *Nightweaver* primarily revealed: 1) its time-stamped creation time occurred **<u>after</u>** the email to which it was

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

attached to was sent; and 2) the 100,000-word document showed that in its lifetime the document had only 2 revisions and a total editing time of 2 minutes.

62.    At the time the odd elements of Defendant Gray's manuscript were discovered, it became apparent to Plaintiff that Defendant Gray had (poorly) manipulated the manuscript which had been provided to Plaintiff to make it appear like its creation pre-dated the Liz Ald works.

63.    100,000 words (the approximate length of Defendant Gray's *Nightweaver*) would reasonably take approximately 6 months to create, rendering Defendant Gray's provided timeline purporting to have her work pre-date Liz Ald's a (poorly developed) fabrication.

64.    Plaintiff further believes that the file size of Defendant Gray's provided manuscript shows further evidence of manipulation and fabrication, with the file size being too large for its actual page length and word count.

65.    Defendant Gray added full page blank spaces to nearly every chapter break in her 300-page manuscript and it is suspected that Defendant Gray did so in order to have the manipulated file size match the file size of the original attachment that accompanied Defendant Gray's June 2022 email to her editor so that the manipulated Word manuscript provided to Liz Ald's counsel would appear to be the June 2022 document should any later investigation of the documents/attachments take place.

66.    The balance of Defendants to this suit are publishers of Defendant Gray's infringing work, with Hachette being the most recent publisher as far as Plaintiff can ascertain.

67.    With knowledge of the infringement due to communication of notice of same as detailed in the above-reference letter sent from Plaintiff's counsel to Defendant Gray as noted above, Defendants' actions amount to willful infringement.

18

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

68.    Defendant Gray and Hachette are using graphic design concepts for *Nightweaver* which are similar to those used by Liz Ald, namely Defendant Gray and Hachette have used a pink rose and rosebud concept which is strikingly similar to the one used by Liz Ald's author profile on Instagram which pre-dates any such use by defendants. Exhibit 5, a copy of which is incorporated herein by reference, is a true and correct copy of the respective rose graphics (with Liz Ald's rotated 180 degrees) and list of the similarities between the respective graphic concepts.

69.    Defendant Gray and Hachette are marketing *Nightweaver* using a book summary which is substantially similar to Liz Ald's book summary for *The Boy with the Beautiful* Soul. Exhibit 5, a copy of which is incorporated herein by reference, is a true and correct copy of the respective book summaries posted on-line and list of the similarities between the respective descriptions.

70.    Exhibits 4, 5 and 6 show that Defendant Gray and Hachette are also infringing on Liz Ald's marketing ideas for the story.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
### (As to All Defendants)

71.    Plaintiff repeats, alleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

72.    Plaintiff holds a valid copyright to the works titled *The Boy with the Beautiful Name*, *The Boy with the Beautiful Soul*, and *The Boy with the Beautiful Heart*.

73.    Defendant Gray had access to Plaintiff's books on Wattpad or otherwise on the internet.

74.    The internet (and Wattpad specifically) provides for wide dissemination of any work registered.

19

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

75.    As detailed above and as set forth in the exhibits submitted with this complaint and incorporated into this document, Defendant Gray has produced a book titled *Nightweaver* which has substantial similarities of both an intrinsic and extrinsic nature, rendering Defendant Gray's work infringing upon Liz Ald's works, namely *The Boy with the Beautiful Name* and *The Boy with the Beautiful Soul*.

76.    Plaintiff is informed, believes, and thereon alleges that the named Defendants intentionally produced, distributed, published, sold, conveyed, and otherwise exploited Liz Ald's works without authorization, in violation of Plaintiff's copyrights.

77.    Plaintiff is informed, believes, and thereon alleges that the named Defendants have intentionally violated the Federal Copyright Act, Title 17 U.S.C. §101 *et seq.*, entitling Plaintiff to all damages and remedies provided by the Act.

78.    Plaintiff is informed, believes, and thereon alleges that the named Defendants continue to infringe upon Plaintiff's copyrights, causing Plaintiff irreparable injury and damage.

79.    Said infringement entitles Plaintiff to actual and statutory damages, injunctive, and other relief provided by the Copyright Act.

## PRAYER FOR RELIEF

1.    For a preliminary and permanent injunction enjoining Defendants from infringing the copyrights of Plaintiff in any manner;

2.    For actual damages and profits according to proof;

3.    That Defendants be required to pay to Plaintiff such damages as Plaintiff has sustained in consequence of Defendants' infringements of Plaintiff's copyrights and to account for:

20

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

      (a)    All gains, profits, and advantages derived by Defendants by his or her infringement of Plaintiff's copyrights or such damages as the court shall deem proper within the provisions of the copyright statute; and

      (b)    That Defendants deliver up to be impounded during the pendency of this action all copies of said infringing work as are in its possession or under its control and deliver up for destruction all infringing copies or other mechanisms utilized to make infringing copies.

4.    For statutory damages, and costs with respect to *Nightweaver* and any other derivative works;

5.    For an accounting;

6.    For Plaintiff's reasonable attorney fees;

7.    For costs of suit and interest; and

8.    For such relief as is just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff respectfully demands a trial by jury in this action.

Dated: November 22, 2024          Respectfully submitted,

                              LEJEUNE LAW, P.C.

                              By:   /s/ Cody R. LeJeune
                                    Cody R. LeJeune
                                    402 West Broadway, Suite 400
                                    San Diego, CA 92101
                                    Telephone: (985) 713-4964
                                    Attorney for Plaintiff,
                                    L ALD LLC,
                                    A Florida Limited Liability Company

21

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF