CODY R. LEJEUNE (CSB No. 249242)
cody@lejeunelawfirm.com
STEVEN M. BENSON (CSB No. 249225)
steven@lejeunelawfirm.com
**LEJEUNE LAW, P.C.**
402 West Broadway, Suite 400
San Diego, CA 92101
Telephone: (985) 713-4964

Attorney for Plaintiff L ALD, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L ALD LLC, a Florida Limited Liability Company,<br><br>               Plaintiff,<br><br>    v.<br><br>REBEKAH M. GRAY, an individual; MERLIN PUBLISHING LLC, a Texas Limited Liability Company DBA MERLIN'S PEN PUBLISHING; HACHETTE BOOK GROUP, a New York Corporation; and DOES 1- 50, inclusive,<br><br>               Defendants. | Case No. 3:24-cv-2195-GPC-MSB<br><br>**SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

## I.    NATURE OF THE ACTION

1.    Plaintiff L ALD LLC ("Plaintiff") brings this action against Defendants for their wholesale and willful copyright infringement of Plaintiff's works.

2.    In July 2022, Plaintiff's first book, *The Boy with the Beautiful Name*, was completely published to Wattpad (the world's largest reading and writing platform with ***90 million+ users***) and enjoyed immediate commercial success and notoriety, as it gained over 100,000 reads and ***was ranked #1 in the Fiction category on July 20, 2022*** for at least 12 weeks.

3.    On September 12, 2022, *The Boy with the Beautiful Name* continued its meteoric popularity rise on Wattpad, as it was ***featured on Wattpad's homepage and in its "Binge from Start to Finish" category***, as of this time having gathered 630,000+ views.

4.    Plaintiff published the next novel in its "Beautiful Boy" series, *The Boy with the Beautiful Soul,* in its entirety in March 2023 on Wattpad, and it was met with similar commercial success and notoriety, reaching over 175,000 views upon initial completion.

5.    In March 2024, in response to Plaintiff's cease-and-desist letter and allegations of her copyright infringement considering the identical characters, plot twists and storylines between Plaintiff's Works and *Nightweaver*, Defendant Gray provided Plaintiff with an alleged June 2022 email to her editor and attachment of a *Nightweaver* manuscript that contained several interesting characteristics that led Plaintiff to believe that the manuscript metadata (i.e., the date that it was created) was altered.

6.    First, the *Nightweaver* manuscript contained a Create Date of June 13, 2022, which pre-dated Plaintiff's complete publication of *The Boy with the Beautiful Name* on Wattpad by only a matter of weeks.

7.    Second, the *Nightweaver* manuscript metadata revealed that the 100,000-word document contained only two (2) revisions and a total editing time of two (2) minutes.

8.    Finally, in an effort to manipulate the file size of the document to match the

1

original attachment that Defendant Gray sent to her editor in June 2022, Defendant Gray added full-page blank spaces to nearly every chapter break.

9.    Defendants have refused and ignored Plaintiff's request to provide the native .eml file of the original June 2022 email and native Microsoft Word documents of the attachments to that email so that Plaintiff could have its own expert conduct a forensic analysis of the documents.

10.    After Plaintiff's first cease-and-desist letter, Defendant Hachette acquired *Nightweaver* on March 14, 2024. Though it did not change many of the storylines, plots and scenes, Defendant Hachette devoted 200 hours to making several editorial changes to *Nightweaver* and registered its version of *Nightweaver* ("*Nightweaver* v2") with the copyright office on April 29, 2025 with a new creation date of 2025 and a publication date of March 4, 2025.[1]

11.    The similarities between *The Boy with the Beautiful Name* and *The Boy with the Beautiful Soul* ("Plaintiff's Works") and *Nightweaver* that led to Plaintiff's cease-and-desist letter and this lawsuit are indeed striking.

12.    First, Plaintiff's Works and *Nightweaver* contain **three (3) major, identical plot twists**:

- A cruel and cold blue-eyed prince tries to kill the lead female by masquerading as her friend while concealing a secret villain pirate captain identity using a skeleton mask and multiple alias names; he conceals a tattoo on his arm that ties him to rebel pirates who also wear skeleton masks and are known as the Skulls (in Defendant Gray's book they are called Nightweavers); the lead female sees the tattoo early in story but doesn't realize what it means, but the scene alerts readers who didn't see it coming;
- The lead female is surprised and distraught when the lead male announces a surprise engagement to a princess from an exotic island during an ornate ball held by the lead male's royal family at their island palace; and
- Aboard a pirate ship at the end of the book, the lead female's royal love

---

[1] The original version of *Nightweaver* ("*Nightweaver* v1") and *Nightweaver* v2 share many similarities, but the differences are set forth in Exhibit 9. Herein, "*Nightweaver*" shall refer to all versions of the book while a distinction between the two versions will be notated with a "v1" or "v2" where necessary,

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

interest is revealed as the gang-leading pirate captain who wears a skeleton mask and conceals a rebel pirate tattoo.

13.    Second, Plaintiff's Works and *Nightweaver* contain a number of strikingly similar scenes, as set forth below:

| SCENE 1 | |
|---|---|
| ***Boy with the Beautiful Soul*, page 53** | ***Nightweaver* (v1, page 49; v2, page 38)** |
| "A ROBOT!" Sara screamed, delighted. She...jumped up and down." | "An *automobile*!" Elsie squeals, jumping up and down." |
| *Note:* The scene in both books refers to a female reacting to a futuristic machine she is seeing for the first time; the scenes have the same added emphasis on the words "robot" and "automobile" with an exclamation mark ("!") and both then utilize a similar line: "jump up and down." Both lines are almost exact and in sequential order. | |

| SCENE 2 | |
|---|---|
| ***Boy with the Beautiful Soul*, page 144** | ***Nightweaver* (v1, page 155; v2, page 118)** |
| ·      A bark suddenly sounded<br>·      from behind Sara<br>·      Boys, STOP! Bentley shouted.<br>·      At his command,<br>·      All four of the dogs dropped back down onto their haunches | ·      A low growl rumbles<br>·      from somewhere close behind<br>·      A sweet, soothing voice…That will be all<br>·      At the sound of it,<br>·      the wolves turn docile and retreat into the undergrowth |
| *Note:* The scene in both books refers to an attack by multiple canines on the unsuspecting lead female; then the canines are commanded to stop; all lines are almost exact and are in the same sequential order:<br>(1) lead female hears canines;<br>(2) the sound is behind the lead female;<br>(3) the canines are told to stop;<br>(4) at the command / at the sound of it;<br>(5) the canines drop down / retreat | |

| SCENE 3 | |
|---|---|
| ***Boy with the Beautiful Soul*, page 258** | ***Nightweaver* (v1, page 288; v2, page 212)** |
| "She's said the word 'enchanting' about a hundred times already. I got so annoyed, I started counting." | "They were enchanted. Enchanted? ...." |
| *Note:* In *The Boy with the Beautiful Soul*, Princess Ana's trademark word "Enchanting" is said over and over throughout the story. Similarly, *Nightweaver* overuses the word "Enchanted" -- it is repeated in the same paragraph. | |

3

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| SCENE 4 | |
|---|---|
| **_Boy with the Beautiful Soul_, page 575** | **_Nightweaver_ (v1, page 52; v2, page 40)** |
| • Through the rain<br>• Sara glimpsed huge cliffs<br>• Above them<br>• Thunder rumbled<br>• Stone fortress<br>• Cliffs above them<br>• Shrouded in fog | • The storm clouds<br>• Eyes survey the crest of the mountains<br>• In the distance<br>• Carriage rumbles<br>• Stone fortress<br>• Top of the hill<br>• Cloud of fog |

_Note:_ The scene in both books refers to the lead female taken to the lead male/antagonist's home for the first time. All lines are almost exact and are in the same sequential order.

(1) Lead female notices the rain
(2) Lead female looks at cliffs / mountains
(3) Above them / In the distance
(4) Thunder rumbled / Carriage rumbles
(5) Stone fortress
(6) Cliffs above them / Top of hill
(7) Shrouded in fog

| SCENE 5 | |
|---|---|
| **_Boy with the Beautiful Soul_, page 57** | **_Nightweaver_ (v1, page 242; v2, page 179)** |
| "There was a stain here…the carpet is self-cleaning…Sara was momentarily awestruck" | "Cleans itself…I glance at the handkerchief, my mouth parting with a gasp as the…stains dissolve…Fantastic" |

_Note:_ The scene in both books refers to the lead female reacting in surprise to a stain that has disappeared from a self-cleaning carpet/handkerchief; then the lead female looks awestruck/respond in awe.

| SCENE 6 | |
|---|---|
| **_Boy with the Beautiful Soul_, page 224** | **_Nightweaver_ (v1, page 224; v2, page 166)** |
| • Statue...in the center of the temple floor<br>• A lovely young woman<br>• The statue had long, flowing hair<br>• It cradled a small infant in its arms<br>• Sara, he whispered | • Statue at the center of the folly<br>• The face of a woman<br>• A stone crown...over her brow<br>• The carved likeness of a child nestled to her bosom<br>• Hildegarde, Titus murmurs |

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| • This is the memorial for my real mother | • His reverent tone like a holy prayer |
|---|---|

*Note:* The scene in both books refers to the lead male/antagonist showing the memorial of a late queen holding an infant to the lead female in an outdoor, columned temple.

The scenes have matching page numbers in the respective books.

- Statue in the center of the floor/folly
- A woman
- Description of statue's hair/head
- Statue cradles an infant in its arms
- Mention of female's name, then whisper/murmur
- Mention of memorial/reverence for the site

14.     Plaintiff has set forth numerous additional, strikingly similar character traits, scenes, plots and scenes below and in attachments.

15.     Indeed, Defendants' copyright infringement is confirmed by the identical storylines and plot twists combined with Defendant Gray's access to Plaintiff's Works on Wattpad, along with evidence of Defendant Gray's efforts to fabricate the Create Date of the *Nightweaver* manuscript.

## II.     PARTIES

16.     Plaintiff L ALD LLC ("Plaintiff") is a limited liability company organized and doing business in the State of Florida, and the sole owner of registered copyrights to various novels, including a wholly original series of young-adult ("YA") novels respectively titled *The Boy with the Beautiful Name*, *The Boy with the Beautiful Soul*, and *The Boy with the Beautiful Heart* (the "Beautiful Boy" books).

17.     Plaintiff is informed and believes, and on that basis alleges, that Defendant Rebekah M. Gray, an author utilizing the pseudonym "RM Gray" ("Defendant Gray"), is an individual residing in Texas, who sells physical products from either her own website or through an interactive website (e.g. amazon.com) and delivers or has delivered those physical products to residents of California in her regular course of business.

5

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

18.    Defendant Merlin Publishing LLC doing business under the name Merlin's Pen Publishing ("Merlin's Pen") is a limited liability company located in Hewitt, Texas, engaged in the publishing and sale of books, that sells physical products from either its own website or through an interactive website (e.g. amazon.com) and delivers or has delivered those physical products to residents of California in its regular course of business.

19.    Defendant Hachette Book Group ("Hachette") is a corporation located in New York, New York, engaged in the publishing and sale of books, that sells physical products from either its own website or through an interactive website (e.g. amazon.com) and delivers or has delivered those physical products to residents of California in its regular course of business.

20.    Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 50, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed, believes, and thereon alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages, as herein alleged, were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendants" shall mean all named Defendants, and all fictitiously named Defendants.

21.    Plaintiff is informed, believes, and thereon alleges that Defendants at all times relevant to this action were the agents, servants, partners, joint venturers, and employees of each of the other Defendants and in doing the acts alleged herein were acting with the knowledge and consent of each of the other Defendants in this action. Alternatively, at all times herein relevant, each Defendant conspired with each other to commit the wrongful acts complained of herein. Although not all of the Defendants committed all of the acts of the conspiracy or were members of the conspiracy at all times during its existence, each Defendant knowingly performed one or more acts in direct furtherance of the objectives of

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

the conspiracy. Therefore, each Defendant is liable for the acts of all the other conspirators.

## III.    JURISDICTION AND VENUE

22.    This action arises under the Copyright Laws of the United States (Title 17 U.S.C. §101 et seq.).

23.    This Court has exclusive jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338 in that this action involves claims arising under the Copyright Laws of the United States.

24.    This Court has personal jurisdiction over Defendants because they have purposefully directed and expressly aimed their tortious activities at the State of California and established sufficient minimum contacts with California by, among other things, selling physical products from either their own website(s) or through an interactive website (e.g. amazon.com), and delivering or having delivered those physical products to residents of California in its regular course(s) of business.

25.    Plaintiff asserts that personal jurisdiction is proper here, among any and all other bases for jurisdiction, for reasons as set forth in *Herbal Brands, Inc. v. Photoplaza, Inc.*, 72 F.4th 1085 (9th Cir. 2023).

26.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred within this judicial district, or since any of the Defendants named above is subject to the court's personal jurisdiction with respect to this action.

## IV.    FACTUAL BACKGROUND

<u>USING A PSEUDONYM, THE ALDRICH SISTERS AUTHOR A SERIES OF YOUNG ADULT FANTASY/ROMANCE BOOKS, COPYRIGHT THEM AND THEN TRANSFER THOSE COPYRIGHTS TO ENTITY PLAINTIFF</u>

7

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

27. Under the pseudonym "Liz Ald," Lesley and Lindsey Aldrich author YA novels.

28. "Liz Ald" authored a series of specific YA-variety novels respectively titled: 1) *The Boy with the Beautiful Name*; 2) *The Boy with the Beautiful Soul*; and 3) *The Boy with the Beautiful Heart*.

29. Lesley Aldrich obtained a registered copyright for *The Boy with the Beautiful Name* via United States Copyright Office registration number TX 9-363-135, with said registration effective February 5, 2024, for the work completed in 2022 and first published on January 8, 2022. *See* **Exhibit 1**.

30. Lesley Aldrich obtained a registered copyright for *The Boy with the Beautiful Soul* via United States Copyright Office registration number TX 9-368-876, with said registration effective February 5, 2024, for the work completed in 2023 and first published on August 5, 2022. *See* **Exhibit 2**.

31. Lesley Aldrich obtained a registered copyright for *The Boy with the Beautiful Heart* via United States Copyright Office registration number TXu 2-414-115, with said registration effective February 5, 2024, for the work completed in 2023. *See* **Exhibit 3**.

32. Lesley Aldrich transferred the interest in these copyrights to Plaintiff.

33. Plaintiff is a limited liability company organized in the State of Florida which is owned, operated and managed by sisters Lesley and Lindsey Aldrich.

34. Plaintiff currently owns the valid copyright registrations for all three original works and all rights related thereto.

35. The novels and associated copyright at issue in this lawsuit are *The Boy with the Beautiful Name* and *The Boy with the Beautiful Soul*, two of three novels in this particular YA series authored by the Aldrich sisters under the pen name "Liz Ald," these two books comprising the "Plaintiff's Works" referred to throughout this complaint.

36. Lesley and Lindsey Aldrich (while using the pseudonym "Liz Ald") first

8

began using the internet website wattpad.com ("Wattpad"), an interactive web-novel platform in or around July 25, 2020, publishing a different fantasy novel than at issue in this case.

LIZ ALD USED THE WEBSITE "WATTPAD" TO PUBLISH ITS WORKS

<strong>Wattpad Generally</strong>

37.     Wattpad is a leading web-novel platform, home to a community spending an estimated 26+ billion minutes per month engaged in Wattpad-contributor original stories and other content.

38.     Wattpad is widely used by readers and authors alike, and authored works on Wattpad can become widely disseminated as a result.

39.     Wattpad has over 650 million authored works on its site and its web traffic is in excess of 100 million visits per month.

40.     Wattpad advertises that an original story could "get produced to movie or film," "get adapted to a TV series," or "get published" and that "Wattpad Studios works with partners such as: Sony, Hulu and Syfy."

41.     Wattpad was a preferred method for Liz Ald to publish its works due to significant web traffic, its large-scale exposure to readers and for its ease of use, for author and reader alike.

42.     A few more Wattpad stats are set forth below from Wikipedia:

**Statistics**   [ edit ]

As of September 2020:

- More than 80% of its traffic and usage comes from mobile devices[53]
- The site has 90 million monthly users[54]
- There were over 665 million story uploads in total[10][*failed verification*]
- 70% of users are female, 80% of whom are millennials or Gen Z[9][55]

In 2018, nearly 300,000 writers from 35 countries take part in its yearly writing competition, The Watty Awards.[56]

**Professional authors**   [ edit ]

Famous authors such as Margaret Atwood and R. L. Stine have also joined Wattpad. Atwood has posted poetry and judged a poetry contest on the platform.[57] Stine has used Wattpad to post chapters of his books and done interactive events with readers.[58]

9

**Fan fiction**  [ edit ]

Wattpad has increased in popularity among many fandoms, who take to the platform to craft their own fan fiction.[59] One of the most notable stories on the platform is the *After* series by Anna Todd, which was originally published as a Harry Styles fan fiction.[60] After its large popularity amongst the One Direction fandom and the app's readers, the story became the most read book on Wattpad,[61] having achieved just under 10 million unique readers on the platform and been read more than one billion times.[62] The series went on to be published by Gallery Books and became a *New York Times* Best Seller.[61]

43.    Because of its popularity, a significant number of Wattpad stories are reported stolen.    *See*    https://www.fanficable.com/post/stolen-wattpad-stories-sold-on-amazon-plagiarism-and-story-theft, last accessed March 7, 2025.

About us

Wattpad. Where Stories Live.

Wattpad's vision is to entertain and connect the world through stories. A leading social storytelling platform and home to a community of more than 94 million people who spend over 23 billion minutes a month engaged in original stories, Wattpad has democratized storytelling for a new generation of diverse Gen Z writers and their fans. Alongside Wattpad WEBTOON Studios, the company's TV, film, and publishing counterparts, Wattpad combines art and science to unearth incredible stories and cultivate the fandoms driving the future of entertainment. The company is proudly based in Toronto, Canada.

**Liz Ald Enjoys Tremendous Success on Wattpad**

44.    In order to take advantage of Wattpad's popularity among readers, Liz Ald published Plaintiff's Works on the website, as described in particularity in the timetable below.

45.    Liz Ald found that users of Wattpad were responsive to Plaintiff's Works,

10

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

noticing an audience eager for new material and engaging with Liz Ald to anticipate the content of to-be-uploaded new chapters of Plaintiff's Works.

46.    In addition, Wattpad's algorithm rewarded content providers with higher rankings and a greater likelihood of being featured on Wattpad's homepage if authors followed these basic rules: 1) write stories directly into Wattpad (in lieu of producing content elsewhere and simply copy/pasting content from a separate document); 2) frequently publish new chapters for consumption by a reader base; and 3) engage with Wattpad users following receipt of comments.

47.    As a result, Plaintiff followed Wattpad's rules and suggestions and published each chapter of Plaintiff's Works to Wattpad as it was completed.

48.    Plaintiff found success and notoriety for Plaintiff's Works by way of an encouraging engagement level of Wattpad users with Plaintiff's Works, which led to increased views and exposure to readers to Plaintiff's Works.

49.    Indeed, in July 2022, Plaintiff completed its first book, *The Boy with the Beautiful Name,* and on July 20, 2022, ***it was immediately ranked #1 on Wattpad in its "Fiction" section for 12+ weeks and reached 100,000+ reads***.

50.    The following screenshots are mobile screenshots from the Wattpad application taken by Plaintiff on July 20, 2022:

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

2:41



## The Boy with the Beautiful Name

👁 100K    ⭐ 2.2K    ☰ 200



Only Sara called him, 'the boy with the beautiful name.' He was her secret obsession. In fact, he was every high school girl's secret obsession, along with several of the teachers! He had shown up out of the blue in the... More

    #1 in **fiction**    See all rankings

✓ COMPLETED

12

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF



SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

51.     Then, on July 26, 2022, *The Boy with the Beautiful Name* gained an additional 100,000 views to reach 200,000 total views.

52.     On August 7, 2022, *The Boy with the Beautiful Name* reached 300,000 views on Wattpad.

53.     On September 12, 2022, *The Boy with the Beautiful Name* was featured on Wattpad's homepage, creating significant exposure with Wattpad's millions of users ***and in its "Binge from Start to Finish" category***.



54.     Because it was featured on Wattpad's homepage, *The Boy with the Beautiful Name* received significant notoriety and exposure.

14

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

55.    In addition, author Liz Ald received significant exposure to all of its Wattpad works as any user could simply click on the author's name and be taken to the author site for Liz Ald, which in September 2022, also featured numerous chapters for *The Boy with the Beautiful Soul* already published to Wattpad:



56.    Indeed, Plaintiff's Works combined for ***over 1 million views*** on Wattpad.

57.    A registered Wattpad user could see that ***The Boy with the Beautiful Name's views increased by an estimated 100,000 new reads every week*** as popularity for Liz Ald's content increased over time, an increase which collectively contributed to Liz Ald's 1 million + views for Plaintiff's Works.

58.    Another screenshot from Wattpad shows that the Liz Ald author webpage

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

shows all of the "Beautiful Boy" books in one place and thus easy for anyone to find:



This is Ald's Wattpad profile ; it shows:

- 1 reading list (all books are available right here, to anyone)

- Ald published 12 works on this page

- Ald shows 1.2K Wattpad reader followers of her works

- Ald's "Beautiful Boy" series is listed first and easy to find on this author page if a reader wants to read more of Liz Ald-created material on Wattpad

59.    Plaintiff's Works each achieved widespread dissemination and notoriety by virtue of the volume of views and reads of the respective works on the most popular literary website, Wattpad.

**Timeline of the Publication of Liz Ald's "Beautiful Boy" series on Wattpad**

60.    The *Boy with the Beautiful Name* was first published on Wattpad on or around January 8, 2022.

61.    Thereafter, the two other books in this particular Liz Ald YA series (*The Boy with the Beautiful Soul* and *The Boy with the Beautiful Heart*) were also published on Wattpad.

62.    A basic timeline of Liz Ald's participation on Wattpad for the three-part YA

16

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

novel series at issue here, as well as some other relevant dates/actions concerning the works, are as follows:

| Date | Action and Work Associated with Action |
|---|---|
| | *The Boy with the Beautiful Name ("Book 1")* <br> *The Boy with the Beautiful Soul ("Book 2")* <br> *The Boy with the Beautiful Heart ("Book 3")* |
| **2022** | |
| January | Ald writes 16 chapters of Book 1 to Wattpad |
| February | Ald writes 50 chapters of Book 1 to Wattpad |
| March | Ald writes 30 chapters of Book 1 to Wattpad |
| April | Ald writes 45 chapters of Book 1 to Wattpad |
| May | Ald writes 31 chapters of Book 1 to Wattpad |
| June | Ald writes 18 chapters of Book 1 to Wattpad |
| July | Ald writes 8 chapters of Book 1 to Wattpad. <br><br> Book 1 complete. Book 1 is approximately 147,000 words. |
| August | Ald writes 34 chapters of Book 2 to Wattpad. |
| September | Ald writes 20 chapters of Book 2 to Wattpad |
| October | Ald writes 21 chapters of Book 2 to Wattpad |
| November | Ald writes 27 chapters of Book 2 to Wattpad |
| December | Ald writes 20 chapters of Book 2 to Wattpad |
| | |
| **2023** | |
| January | Ald writes 32 chapters of Book 2 to Wattpad |
| February | Ald writes 28 chapters of Book 2 to Wattpad |
| March | Ald writes 16 chapters of Book 2 to Wattpad. <br><br> Book 2 complete. Book 2 is approximately 120,000 words. |
| April | Ald hides Book 2 on Wattpad and self-publishes it to Amazon |
| May | Ald removes Book 2 from Amazon and re-publishes all chapters to Wattpad. |
| June | Ald writes 12 chapters of Book 3 to Wattpad |
| July | Ald writes 26 chapters of Book 3 to Wattpad |
| August | Ald writes 54 chapters of Book 3 to Wattpad. <br><br> Ald hides all books on Wattpad. |

17

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

|  | Ald self-publishes Books 1 and 2 to Amazon. |
|---|---|
| September | Ald writes more chapters for Book 3 on Wattpad but does not publish them.<br><br>Ald removes all books from Wattpad. |
| October | Ald writes more chapters for Book 3 on personal laptop |
| November | Ald writes more chapters for Book 3 on personal laptop |
| December | Ald writes more chapters for Book 3 on personal laptop<br><br>Book 3 complete. Book 3 is approximately 120,000 words |
|  |  |
| **2024** |  |
| January | Ald researches marketing strategy for Books 1 and 2. |
| February | Ald registers all three novels with Copyright Office. |

## PLAINTIFF SATISFIES THE ACCESS PRONG OF COPYING

63.    Plaintiff is informed and believes, and on that basis alleges, that Defendant Gray accessed Plaintiff's Works on Wattpad.

**Direct Access**

64.    Plaintiff is informed and believes, and on that basis alleges, that considering the breadth of substantial similarities between the Plaintiff's Works and *Nightweaver*, that Defendant Gray accessed Plaintiff's Works on Wattpad with her own Wattpad account.

65.    Any information concerning Defendant Gray's Wattpad activities are in the exclusive possession of Defendant Gray and Wattpad at this time, and Plaintiff requires discovery in order to confirm its suspicions concerning Defendant Gray's direct access to Plaintiff's Works via Wattpad.

**Widespread Dissemination**

66.    As set forth above, there exists more than a reasonable possibility that Defendant Gray viewed Plaintiff's Works on Wattpad.

67.    The facts below confirm that Plaintiff's Works enjoyed tremendous commercial success and notoriety based on their popularity on Wattpad.

18

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

68. First, Wattpad is the world's leading reading and writing platform with over 90 million+ users.

69. Indeed, famous authors such as Margaret Atwood and R.L. Stine have joined Wattpad and posted chapters of books on Wattpad.

70. So, based on Wattpad's popularity amongst authors and readers (especially in the Fan Fiction category), it is certainly more likely than not that either Defendant Gray, or someone acting on her behalf, has accessed Wattpad.

71. Second, the popularity of *The Boy with the Beautiful Name* on Wattpad makes it more than a reasonable possibility that Defendant Gray viewed Plaintiff's Works on Wattpad.

72. As set forth above, *The Boy with the Beautiful Name* gained immediate popularity upon being published on Wattpad in July 2022, rising to #1 in the Fiction category.

73. *The Boy with the Beautiful Name* was also featured on Wattpad's homepage for a period of time in September 2022.

74. At that time, Plaintiff had published numerous chapters of *The Boy with the Beautiful Soul* on Wattpad, which also gained over 175,000 views.

75. The success and popularity of *The Boy with the Beautiful Name* (based on its ranking and the massive number of reads) means that it is likely that readers, including Defendant Gray, would be led to Liz Ald's author page, which also included *The Boy with the Beautiful Soul*.

76. Indeed, Liz Ald gained over 1,000 followers from July 2022 to September 2022, showing that viewers who read *The Boy with the Beautiful Name*, whether they followed Liz Ald, are reasonably likely to have accessed *The Boy with the Beautiful Soul*.

77. It is even more likely that Defendant Gray accessed Plaintiff's Works on Wattpad, given that they both author novels in the Fiction and YA genre.

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

**Chain of Events**

78.    Plaintiff has also satisfied the access prong based on a chain of events theory. The chain of events described above led Defendant Gray to Wattpad, which then led her to view *The Boy with the Beautiful Name*, then to Liz Ald's author page, and also to view *The Boy with the Beautiful Soul*.

79.    Plaintiff is informed, believes, and on that basis alleges that Defendant Gray was developing *Nightweaver* during the period in which Plaintiff's Works were available on Wattpad.

80.    While Defendant Gray has been asked to provide native files to prove her defense of prior creation of the *Nightweaver* manuscript in relation to the creation and publishing of Plaintiff's Works, Defendant Gray has refused to do so and has only provided the suspected-to-be manipulated manuscript as such proof.

81.    Plaintiff theory concerning Defendant Gray's infringing actions is plausible: Defendant Gray was a Wattpad user and accessed Plaintiff's Works either directly or circumstantially, due to their widespread dissemination and notoriety, then infringed upon such works in order to create *Nightweaver*, and thereafter, in an effort to hide the truth about her infringing actions, created a fake manuscript, and provided the same to Plaintiff while simultaneously and continuingly refusing to provide the native files which would support her *Nightweaver* creation timeline.

82.    Thus, Defendant Gray also accessed Plaintiff's Works under a chain of events theory.

**Striking Similarity**

83.    Plaintiff has also shown that Defendant Gray accessed Plaintiff's Works because Plaintiff's Works and *Nightweaver* are strikingly similar.

84.    Paragraph 12 above showcases some examples of the most strikingly similar components of the works, however Paragraph 12 is the tip of this iceberg, considering the

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

volumes of other striking similarities detailed and/or incorporated herein.

85.    Evidence submitted herein confirms that the works are so similar that the similarities cannot be merely coincidental, and it can be inferred that Defendant Gray accessed Plaintiff's Works.

## DEFENDANT GRAY COULD AND DID INFRINGE UPON PLAINTIFF'S WORKS WITH EASE DUE TO THE NATURE OF LIZ ALD'S ONGOING PUBLISHING OF PLAINTIFF'S WORKS

86.    Due to the nature of placing only portions of a work onto Wattpad at one time, and in consideration of the positive feedback to Liz Ald's work (which would be viewable to any user), a would-be infringer could and would be motivated by Liz Ald's visible success to attempt to capture a similar response to its works, potentially for financial gain, and have an easier time creating an infringing work since the entirety of Plaintiff's Works was released in parts and over time, not merely provided for consumption as one completed work.

87.    Plaintiff is informed, believes, and thereon alleges that Defendant Gray was personally motivated by Liz Ald's success on Wattpad and that this motivation, among other unknown reasons, caused Defendant Gray to attempt to replicate Liz Ald's success for her own personal gain by wrongfully infringing upon Plaintiff's Works by creating a substantially similar and infringing product.

88.    As briefly mentioned above, Liz Ald wrote and uploaded the at-issue and infringed chapters of Plaintiff's Works to Wattpad by writing within the platform and uploading approximately 1 to 3 chapters each week for a period approximating 8 months in order to complete the entirety of its 3-part YA series.

89.    Infringement of works by Defendant Gray would be easier to accomplish when, as is the case here, larger works are uploaded piece by piece and over a significant period of time.

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

90.    Plaintiff's Works are each approximately 600 pages.

91.    Defendant Gray's *Nightweaver* is approximately 300 pages.

92.    Plaintiff is informed, believes, and thereon alleges that Defendant Gray had 1,200 pages from Liz Ald's content from which to infringe in order to create her 300-page work, and that Defendant Gray did take from a larger available base to create a shorter *Nightweaver* which was infringing upon Plaintiff's Works.

## PLAINTIFF'S WORKS COMMAND COPYRIGHT PROTECTION

93.    Plaintiff's Works contain copyrightable subject matter.

94.    The plots, characters and scenes/dialogue of Plaintiff's Works were originally conceived by Liz Ald and, within these works, all of these elements have been presented sufficiently developed.

95.    These plots, characters, and scenes/dialogue of Plaintiff's Works are sufficiently distinctive so as to be afforded copyright protection.

96.    Further, Liz Ald is entitled to copyright protection for otherwise unprotected material due to Liz Ald's selection, arrangement and coordination of otherwise unprotected aspects of Plaintiff's Works.

97.    Plaintiff has copyright protection of Plaintiff's Works due to the numerosity of these elements combined with their original selection, arrangement and coordination within the copyrighted works.

98.    Liz Ald's selection and arrangement of specific elements of plot, distinct character traits and the dialogue/scenes within Plaintiff's Works (and most notably in its "Beautiful Boy" series' Book 2, *The Boy with the Beautiful Soul*), have a creative and original design and are sufficiently original, possessing the requisite minimal degree of creativity needed for copyright protection.

99.    Plaintiff does not request protection for any trivial element of compilation and arrangement.

22

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

100.   Plaintiff is not asserting that a scattering of random similarities exists between the "Beautiful Boy" works (namely, Book 2 thereof) and *Nightweaver.*

101.   Such an original selection, arrangement and design should be copyright protected in its form via the respective registered copyrights attached as Exhibits 1 – 3.

102.   Plaintiff requires expert assistance in presenting these issues of copyright protectability under its various theories to a jury.

103.   Reasonable jurors could differ concerning whether Liz Ald's individual elements of its works should receive protection or should ultimately be filtered out for purposes of the extrinsic test analysis.

104.   Plaintiff requires its day in court in order to present its expert's opinion on its theory of selection and arrangement, among other theories of copyright and infringement thereof.

105.   Plaintiff further requires a jury's finding on the issue of intrinsic similarity that would come from the subjective comparison conducted by an ordinary, reasonable audience that has had a chance to read all the works at issue and hear expert testimony on the objective components of similarity, as well as what is and what is not protected by copyright.

106.   Plaintiff is entitled to "thick" protection of Plaintiff's Works, and thus a finding of substantial similarity will prove Defendant Gray's infringement.

## STRIKING SIMILARITIES CONFIRM THAT DEFENDANT GRAY UNLAWFULLY APPROPRIATED FROM PLAINTIFF'S WORKS

107.   Plaintiff has provided multiple charts that identify the striking and substantial similarities between *Nightweaver*[2] and Plaintiff's Works.

108.   The lead male/antagonists in the respective books are strikingly similar,

---

[2] Reference to *Nightweaver* herein refers to all versions of *Nightweaver*, both v1 and v2, unless otherwise noted.

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

sharing nearly all physical and personality traits.

109.    The lead male/antagonist in *The Boy with the Beautiful Soul* is central to the story, and sufficiently unique when the combination of the physical and personality traits are viewed as a whole and considering there is a likelihood that a reader would confuse the lead males/antagonists.

110.    *Nightweaver*'s **lead    male/antagonist    contains    numerous    identical characteristics** to the lead male/antagonist in *The Boy with the Beautiful Soul*:

- Antagonist prince befriends the lead female and kisses her hand.
- Antagonist prince establishes a rival love triangle between the lead female and his royal brother.
- Antagonist wants to kill the lead female and threatens her repeatedly while they are alone and with his army of pirate thugs.
- Antagonist hides his rebel identity behind a skeleton mask and multiple alias names.
- Antagonist has a tattoo on his arm that specifically ties him to rebel group of pirates causing fear and mayhem to entire country, including the king and queen. Lead female sees Antagonist's rebel pirate tattoo early in the story, but doesn't realize who the Antagonist really is; no one knows true identity of Antagonist.
- Antagonist searches for a secret device/weapon hidden by the lead male and king; he knows the lead female also has information about it.
- Antagonist captures the lead female and takes her aboard his pirate ship in chains.
- In a major plot twist in the book, Antagonist reveals his true identity to the lead female - her friend the prince is actually the skeleton mask-wearing villain pirate captain who has terrorized her throughout the story and attempted to sabotage/kill people in the castle.

111.    This "reveal" of the antagonist is the big plot twist in *The Boy with the Beautiful Soul*.

112.    *Nightweaver* has a virtually identical "big reveal," substantiating its copying of Plaintiff's Works.

113.    In addition, there are **particularly unique or unusual scenes in The Boy with the Beautiful Soul which are also present in Nightweaver (v1 and v2),** as follows:

24

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

- Garden picnic with lead male/antagonist and lead female on the castle grounds eating only apple pie, nothing else;
- Lead male's surprising ability to command canines to stop an attack on the lead female;
- Surprising disappearance of a stain on a white item (self-cleaning carpet/handkerchief);
- Statue memorial of a late queen holding an infant in its arms beneath a columned temple that is outdoors, attended by lead male/antagonist love interest and the lead female while the lead female also resides with noble family at their island castle;
- Poisoned coma scene where a lead character becomes ill for weeks and another lead character visits them often and begs them repeatedly to "wake up" followed by shouts of their name, then repeated use of the phrase "please, please" as they continue to beg them not to die (each with two males and one female in the room);
- Lead female wakes up in the bed of the Lead Antagonist on his pirate ship while wearing a new gown he gave her; she marvels at the ornate room, then looks down at her wrist for the chain/bracelet she is wearing;
- The same locations are prominent in both books: Red, CT/Island, a beachfront castle, a pirate ship, horseback riding, lavish travel by train, within foreign cars, and Lead Antagonist's stone fortress;
- There is an ornate ball given every year by the royal family on a castle estate where the lead female hides in an alcove to observe partygoers and the lead male/antagonist; this is the scene where the lead male/antagonist announces his surprise engagement to a princess who lives on an exotic island; this scene is a surprising and additional large plot twist.
- Lead female overhears a conversation about a hidden device which takes place between King and noble male (Ben/Baron) while she is eavesdropping behind wall in palace; King first speaks in partial sentence then is interrupted by noble male who repeats the same word twice (here-here/yes-yes)

114.  Further, the books feature *the same love triangle of lead characters that share similar unique and distinct qualities*:

- <u>Lead Female</u>: She is a sassy brunette who loves to ride her horse; she is taken aboard the lead antagonist's pirate ship and then to his stone fortress after she is captured by skeleton mask-wearing thugs who steal her belongings and chain her wrists.
- <u>Lead Antagonist</u>: He is a blonde, cruel, cold, blue-eyed prince who tries to kill the lead female by masquerading as her friend while concealing a secret villain

25

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

pirate captain identity using a skeleton mask and multiple aliases; he has a specific tattoo on his arm that ties him to rebel pirates who also wear skeleton masks known as the Skulls/Nightweavers; Antagonist smells like saltwater and lives in a stone fortress at the top of cliffs that is concealed by fog.

- <u>Lead Male</u>: He is a dark-haired prince who is kind to the lead female; surprising ability to command canines who attack lead female, has honey-gold eyes and a musical laugh; he is also the brother of the Lead Antagonist; his home is the beachfront island castle where his royal parents also reside; he becomes engaged to a princess who lives on an exotic island during an ornate ball given by his parents at their castle.

115. Both *Nightweaver* (v1 and v2) and Plaintiff's Works have an overall similar concept and feel based on the ***four (4) identical storylines below***:

- A romantically inexperienced 17-year-old main character female with great relationships with her older brother and parents is whisked away to a foreign land;

- That female lead character is thereafter involved in a love triangle with young men of royalty (one of whom secretly uses an alias to hide his identity as the leader of a pirate gang with an arm tattoo and pirate ship who had previously saved the girl's life, with each set of royal brothers having similar essential physical, character, familial and other traits to its counterpart book's lead male/antagonist and brother);

- A story set largely within the walls of an island palace and stone fortress at the top of cliffs that is shrouded in fog; and

- Identical plotlines related to and specific scenes and dialogue concerning birds of bad omen, large equines, obedient canines, apple trees, secret weapons hidden within the castle, powerful bracelets, garden settings with apple pie garden picnics, outdoor pillared memorials honoring the late queen featuring her holding an infant, ornate balls held annually by the royal host family with hidden alcoves for observing dancers, ornate custom-made gowns, intricate knife fights scenes, futuristic technology/automobiles, and lead characters falling into poison-induced comas with heart-wrenching scenes where characters beg the other to wake up.

116. The following chart identifies essential ***plot similarities*** between Plaintiff's Works and *Nightweaver*:

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| | Ald's *The Boy with the Beautiful Soul* | Gray's *Nightweaver* (v1 and v2) |
|---|---|---|
| 1. | Story takes place at the palace of a love interest in a foreign land | Story takes place at the palace of a love interest in a foreign land |
| 2. | Lead female is from Red, Connecticut | Lead female seeks a destination called Red Island |
| 3. | Teen heroine, 17, has never been in a serious relationship | Teen heroine, 17, has never been in a serious relationship |
| 4. | Teen is in a love triangle with a dark-haired love interest who is charming and "like a friend." The other is an antagonist with blue eyes and blonde hair that "wants to kill her." Teen fears lead Antagonist. The two love interests are princes and brothers. Lead antagonist is jealous and in competition with his brother for the affection of the lead female. Antagonist mentions his brother when he first meets Teen. Later, Antagonist invites Teen to join him at a "dome." | Teen is in a love triangle with a dark-haired love interest who is charming and "like a friend". The other is an antagonist with blue eyes and blonde hair that "wants to kill her." Teen fears lead Antagonist. The two love interests are nobility. They are "like" brothers. Lead antagonist is jealous and in competition with his friend who is like a "brother" for the affection of the lead female. Antagonist mentions his friend who's "like a brother" when he first meets Teen. Later, Antagonist invites Teen to join him at a "dome." |
| 5. | Lead male love interest wears watch that holds special meaning. Secret of watch is revealed at the end of the story. | Teen wears bracelet that holds special meaning. Secret of bracelet is revealed at the end of the story. |
| 6. | Teen has a strong, positive relationship with both of her parents. (This is not typical in YA novels.) | Teen has a strong, positive relationship with both of her parents. (This is not typical in YA novels.) |
| 7. | Teen's parents are deeply in love. | Teen's parents are deeply in love. |
| 8. | Teen has an older brother named Charles. His girlfriend calls him 'Charlie'. Brother calls Teen "Buttercup". Brother is tall, athletic, and has blonde hair. Brother has a strong, positive relationship with Teen. | Teen has an older brother named Owen. Brother calls Teen "Little Mouse". Brother is tall, athletic, and has blonde hair. Brother has a strong, positive relationship with Teen. |

27

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

|  |  |  |
|---|---|---|
|  | Note: Antagonist tells Teen to call him "H" | Note: Teen has another brother named Charlie who calls her "V". |
| 9. | Teen has a friend who dates Charles named "Ella" who is blonde | Teen has a sister (also sister to Charlie) named "Elsie" who is blonde |
| 10. | At beginning of story, Teen recalls seeing Antagonist "before" as Antagonist saved Teen's life | At beginning of story, Teen recalls seeing Antagonist "before" as Antagonist saved Teen's life |
| 11. | Antagonist teases Teen about "stealing" his brother's sunglasses and takes them from her. Teen tries to take the sunglasses back. Later in story, Antagonist gifts Teen a gold pearl that holds special meaning to him. | Antagonist teases Teen about "stealing" his gold medallion and takes it from her. Teen tries to take the medallion back. The gold medallion Teen took from Antagonist holds special meaning to him. |
| 12. | Antagonist has dark-colored pet hawk that watches Teen with evil, knowing eyes. Hawk is symbol of bad omen. | Teen's brother Owen becomes another Antagonist and is disguised as a dark-colored raven. He watches Teen with evil, knowing eyes. Raven is symbol of bad omen. |
| 13. | Heroine is smart and sassy with dark brown hair | Heroine is smart and sassy with dark brown hair |
| 14. | Mention of scientists in a book about technology | Mention of scientists in a book about "magic" |
| 15. | Antagonist tries to get Teen to reveal whereabouts of a hidden device (secret weapon) | Antagonist tries to get Teen to reveal her family's secrets. Teen finds out Antagonist is the secret weapon. |
| 16. | Antagonist is a prince who "befriends" Teen at the beginning of the story. Kisses lead female's hand when they first meet. Tells Teen's friend that he "already knows her". He is a love interest to lead female. He also hides a secret identity using an alias (Hector Flame). Antagonist wants to kill Teen. He's the dangerous | Antagonist is a prince who "befriends" Teen at the beginning of the story. Kisses lead female's hand when they first meet. Later, tells Teen that he "already knows her". He is a love interest to lead female. He also hides a secret identity using an alias (Captain Shade). Antagonist wants to kill Teen. He's the dangerous pirate captain who leads a band of thugs. He wears a skeleton mask to hide his identity. Lead antagonist is |

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

|  | pirate captain who leads a band of thugs who wear skeleton masks to hide their identities. Lead antagonist is infamous in that everyone knows and fears lead antagonist's secret pirate identity. He has a tattoo on his arm that specifically ties him to the rebel pirates called "Skulls". He is a Pirate Captain and Skull King. Teen sees the tattoo early in the story on Antagonist's arm and Antagonist covers the tattoo with his hand. Teen doesn't realize who he is. Antagonist wears fully red outfit when character first meets Teen. Antagonist lives in stone fortress at top of cliffs that is shrouded in fog. | infamous in that everyone knows and fears lead antagonist's secret pirate identity. He has a tattoo on his arm that specifically ties him to the rebel pirates called "Nightweavers". Teen sees the tattoo early in the story on Antagonist's arm and Antagonist covers the tattoo with his hand. Teen doesn't realize who he is. Antagonist wears fully red outfit when character first meets Teen. Antagonist lives in stone fortress at top of hill that is shrouded in fog. |
|---|---|---|
| 17. | Women who "work" for Antagonist hurt Teen by ripping brush through her hair, ripping her clothes, and taking her belongings away while Teen is "a prisoner" bound in chains by her wrists. | Women who get Teen ready for slave trade hurt Teen by ripping brush through her hair, ripping her clothes, and taking her belongings while Teen is a "prisoner" bound in chains by her wrists. |
| 18. | King Charleston (father of both love interests) hides whereabouts of secret device Antagonist is looking for. | Lord Castor (father of one of the love interests) hides whereabouts of secret weapon Antagonist is looking for. |
| 19. | Teen overhears conversation about hidden device between King and lead male (Ben) while eavesdropping behind wall in palace | Teen overhears conversation about a secret weapon between Lord Castor and noble (Baron) while eavesdropping behind wall in palace |
| 20. | Teen is captured and put in chains by Antagonist and taken aboard his ship. He is a pirate captain. Antagonist takes her prisoner to his stone fortress. | Teen is captured and put in chains and taken from ship. Teen speaks with Antagonist. He is a pirate captain. She is taken as a prisoner to work at a stone fortress. |

29

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| 21. | While Teen is being kidnapped by Antagonist's Skull thugs, she jokes that she is "the maid." | While Teen is being kidnapped by Nightweaver thugs, she is told she will be "the maid" |
|---|---|---|
| 22. | Teen passes through town of gawking townspeople when she first arrives at foreign island. Teen is also paraded past large numbers of pirates after she is captured. Pirates gawk at her. | Teen is paraded past large numbers of townspeople after she is captured and arrives at foreign island. People gawk at her. |
| 23. | Teen learns about upcoming Midnight Masquerade ball hosted by noble family. Ball is a huge event given by noble family every year. | Teen learns about upcoming Reckoning Day Ball hosted by noble family. Ball is a huge event given by noble family every year. |
| 24. | Teen meets nice, welcoming King and Queen Charleston (parents of both noble love interests). Teen is caught off guard by the meetings. Teen doesn't know what titles to use to address King and Queen. Teen is awkward and struggles to curtsy. | Teen meets nice, welcoming Lord and Lady Castor (parents of noble love interest). Teen is caught off guard by the meetings. Teen doesn't know what titles to use to address Lord and Lady. Teen is awkward and struggles to curtsy. |
| 25. | Teen is especially fond of exotic, shimmering horse kept in stable at island castle. Teen visits horse often. Teen comments horse is like a unicorn. | Teen is especially fond of exotic, shimmering unicorn kept in stable at island castle. Teen visits unicorn often. |
| 26. | Teen rides her horse often on the palace grounds | Teen rides her horse often on the palace grounds |
| 27. | Teen visits garden with lead male love interest (dark haired, charming one) | Teen visits garden with lead male love interest (dark haired, charming one) |
| 28. | Dark haired love interest abruptly ends love scene with Teen. When he pulls away she feels "cold." | Dark haired love interest abruptly ends love scene with Teen. When he pulls away she feels "cold." |
| 29. | Teen attends glamorous ball and wears a gown. Both love interest males attend. Teen eats desserts and hides in alcove in ballroom. | Teen attends glamorous ball and wears a gown. Both love interest males attend. Teen eats desserts and hides in alcove in |

30

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| | | |
|---|---|---|
| | Teen watches dancing from afar. She is joined by her friends. | ballroom. Teen watches dancing from afar. She is joined by her friends. |
| 30. | Teen is surprised and distraught when lead male announces surprise engagement to another girl (princess from an exotic island) during ornate ball. This is a big reveal plot twist to shock readers. | Teen is surprised and distraught when Antagonist announces surprise engagement to another girl (princess from an exotic island) during ornate ball. This is a big reveal plot twist to shock readers. |
| 31. | King Charleston hushes crowd and makes toast to honor his two sons during ball. Teen is later told by maiden of threat of pirate thugs and Antagonist on people during feast. Antagonist and his thugs are rumored to be a threat to King and Queen. | Lord Castor hushes crowd and makes toast to honor his son during ball. Lord Castor later describes threat of pirate thugs and Antagonist on people. Antagonist and his thugs are rumored to be a threat to Lord and Lady. |
| 32. | Antagonist is described by Teen as "a magnificent dancer." Antagonist dances seductively with Teen. She injures him causing him to say "Yow!" | Antagonist is described by Teen as a "trained dancer." Antagonist dances seductively with Teen. As they walk back she injures him causing him to say "Ouch!" |
| 33. | Teen watches lead male sip wine during feast. Teen watches in horror when lead male collapses from poison. | Teen gets red wine splashed on her during feast. Teen is horrified as she thought it was blood. |
| 34. | Teen goes into garden during night and meets lead male there. Antagonist watches them from a distance | Teen goes into garden during night and meets Antagonist there. |
| 35. | Teen makes a crown with her hands and places it on Antagonist's head. She teases him about being royal. | Teen makes a crown with her hands and lead male places it on her head. He teases her about being royal. |
| 36. | Lead male takes Teen to statue of woman holding infant in its arms. Woman is royal. Statue is outdoors and surrounded by pillars. Statue is a memorial. | Antagonist takes Teen to statue of woman holding infant in its arms. Woman is royal. Statue is outdoors and surrounded by pillars. Statue is a memorial. |

31

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

| | | |
|---|---|---|
| 37. | Teen has garden picnic with only apple pie. Antagonist and friends join her. Cookbook belonging to someone else is used to make apple pie from scratch. Antagonist mentions dislike of flowers during picnic. | Teen has garden picnic with only apple pie. Lead male joins her. Cookbook belonging to someone else is used to make apple pie from scratch. Lead male mentions dislike of flowers during picnic. |
| 38. | Teen is almost attacked by multiple canines. Lead male commands snarling canines to "stop" and Teen is relieved and unharmed. Lead male mentions the Siberian Huskies/canines are like "wolves". | Teen is almost attacked by multiple canines. Lady Castor commands snarling canines to retreat and Teen is relieved and unharmed. The canines are wolves. |
| 39. | Lead male is poisoned and goes into weeks-long coma (after mid-book feast). | Teen is poisoned and goes into weeks-long coma (at end of book). |
| 40. | Teen receives an important letter (at beginning of book). Teen is in another country when she receives letter. | Teen receives an important letter (at end of book). Teen is in another country when she receives letter. |
| 41. | Teen awakens in Antagonist's bed wearing new gown he gave her. She looks down at her wrist and is surprised to see the chain is gone. Antagonist walks into room and comments she is awake. | Teen awakens in Antagonist's bed wearing new gown he gave her. She looks down at her wrist for her bracelet. Antagonist is sitting in room and comments she is awake. |
| 42. | Teen learns love interest prince is actually Antagonist evil pirate captain. She is surprised and angry that he pretended to be her friend. This is the largest plot twist in the story. This reveal is specifically tied to this Antagonist. It is the reason he has his specific tattoo. | Teen learns love interest prince is actually Antagonist evil pirate captain. She is surprised and angry that he pretended to be her friend. This is the largest plot twist in the story. This reveal is specifically tied to this Antagonist. It is the reason he has his specific tattoo. |

117. Plaintiff's Works and *Nightweaver* also share **substantial similarities regarding the lead antagonists and respective family characteristics of these lead antagonists**. A chart highlighting such similarities is contained in **Exhibit 4**, which is

32

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

incorporated herein by reference.

118.    Plaintiff's Works and *Nightweaver* also share numerous **substantially similar scenes and dialogue**, as set forth in **Exhibit 5**, which is incorporated herein by reference.

119.    The sheer numerosity of the similarities confirm that Defendant Gray infringed Plaintiff's Works.

120.    In addition to the similarity in the ideas expressed, plot, themes, dialogue, mood, setting, pace, characters, and sequence of events within the respective books, the books' general concepts also feel similar, creating an inescapable conclusion that the books were related or that perhaps one was the sequel to the other.

## OTHER SIMILARITIES RELATING TO GRAPHIC DESIGN AND MARKETING SHOW DEFENDANT GRAY'S ACCESS AND COPYING OF ELEMENTS OF LIZ ALD'S WORKS BEYOND ITS COPYRIGHTED CONTENT

121.    Certain aspects of *Nightweaver*'s online marketing, along with pictures posted online related thereto, are also similar to those used by Liz Ald for Plaintiff's Works.

122.    Plaintiff has included a chart that sets forth the **online presence similarities** between Plaintiff's Works and *Nightweaver*, combined with a notation of online site where similarity is evidenced. *See* **Exhibit 6**, which is incorporated herein by reference.

123.    Reader feedback for *Nightweaver* posted online pointed out various additional oddities in the book which solidified Liz Ald's suspicions concerning infringement by Defendant Gray, e.g. *Nightweaver* was supposed to be a 1600's-set fantasy/romance/pirate tale yet also featured an automobile and "normal" people who were supposed to be ruthless pirates.

124.    *Nightweaver* was criticized online as a "strange mishmash" which did not flow properly and was not true to its purported pirate era.

125.    It is believed that *Nightweaver* suffers from these era infirmities due to its infringement of expressed ideas from a modern-set work and Defendant Gray's failure to

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

make a more creative effort to utilize Liz Ald's ideas.

126.   *Nightweaver* was also criticized online for purporting to be a "pirate" book (per Defendant Gray's marketing on Instagram), and while starting on a ship and featuring a pirate as a main character, does not feature much more content to properly label it a "pirate" book.

127.   Liz Ald again attributed these "pirate" story criticisms with *Nightweaver* to its reliance on Plaintiff's Works, which are not pirate books.

128.   Defendant Gray and Hachette are using graphic design concepts for *Nightweaver* which are similar to those used by Liz Ald, namely Defendant Gray and Hachette have used a pink rose and rosebud concept which is strikingly similar to the one used by Liz Ald's author profile on Instagram and which pre-dates any such use by Defendants.

129.   Plaintiff included a chart, which highlights the respective rose graphics (with Liz Ald's rotated 180 degrees) and list of the **similarities between the respective graphic concepts**. *See* **Exhibit 7**, which is incorporated herein by reference.

130.   Defendant Gray and Hachette are marketing *Nightweaver* using ***a book summary which is substantially similar to Liz Ald's book summary for The Boy with the Beautiful Soul***. *See* **Exhibit 8**, which is incorporated herein by reference.

<u>PRIOR TO THIS SUIT, DEFENDANT GRAY IS SENT A CEASE/DESIST LETTER AND RESPONDS, AND PLAINTIFF DISCOVERS THAT DEFENDANT GRAY'S MANUSCRIPTS ARE FABRICATED</u>

131.   After concluding that the similarities between Plaintiff's Works and *Nightweaver* were too numerous and prevalent to be coincidence, and upon consideration of reader criticism of online which confirmed Liz Ald's suspicions about *Nightweaver*, Plaintiff obtained counsel and demanded that Defendant Gray stop her infringement via letter sent to Defendant Gray's counsel on or about March 20, 2024.

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

132.   Defendant Gray, through counsel, denied any infringing activity and indicated to Plaintiff that, among other purported defenses to the claim of infringement, Defendant Gray's *Nightweaver* was written before any publication or authoring of Liz Ald's "Beautiful Boy" series, so Defendant Gray could not have copied any element of it.

133.   Plaintiff was provided and reviewed the allegedly supporting evidence from Defendant Gray's counsel, namely email exchanges between Defendant Gray and her editor which purported to have occurred in June 2022, wherein Defendant Gray allegedly provided the complete manuscript to her editor over email.

134.   Following review of the properties of the provided Word document (which was a purported manuscript for *Nightweaver*), Plaintiff discovered some peculiarities relating to the "manuscript."

135.   The properties of the Word document manuscript for *Nightweaver* primarily revealed that the 100,000-word document showed that in its lifetime that the document had only two (2) revisions and a total editing time of two (2) minutes.

136.   At the time the odd elements of Defendant Gray's manuscript were discovered, it became apparent to Plaintiff that Defendant Gray had (poorly) manipulated the manuscript which had been provided to Plaintiff to make it appear like its creation pre-dated Plaintiff's Works, as seen in the screenshot below.

137.   As an example of how to manipulate a Word document's creation date, the screenshot below shows a document that was actually created on March 5, 2025, but with an altered Created Date of June 13, 2022:

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF



138.  Below is a screenshot with the *Nightweaver* manuscript's Word-document metadata:



SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

139.   As can be seen, the *Nightweaver* manuscript has a "total editing time" of two (2) minutes.

140.   Conversely, it is estimated that the average author would reasonably take approximately 6 months to create a novel with 100,000 words (the approximate length of Defendant Gray's *Nightweaver*), rendering Defendant Gray's provided timeline purporting to have her work pre-date Liz Ald's a (poorly developed) fabrication since it was created mere weeks before Liz Ald's publishing of *The Boy with the Beautiful Name*.

141.   Plaintiff further believes that the file size of Defendant Gray's provided manuscript shows additional evidence of manipulation and fabrication, since the file size is too large for its actual page length and word count.

142.   Defendant Gray added full page blank spaces to nearly every chapter break in her 300-page manuscript and it is suspected that Defendant Gray did so in order to have the manipulated file size match the file size of the original attachment that accompanied Defendant Gray's June 2022 email to her editor so that the manipulated Word manuscript provided to Liz Ald's counsel would appear to be the June 2022 document should any later investigation of the documents/attachments take place. An example of such a blank page break is shown below:



SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## DEFENDANT GRAY STILL REFUSES TO PROVIDE NATIVE FILES TO PROVE HER ASSERTED MANUSCRIPT COMPLETION/EMAIL DATES

143.    Given the opportunity in this lawsuit to provide the Plaintiff's counsel or the Court with authenticated manuscripts (i.e. documents have been properly authenticated to be the actual email attachments to emails which would support Defendant Gray's defense of prior creation), Defendant Gray still refuses to do so.

144.    Instead of providing authenticated email attachments, Defendant Gray provided an expert declaration with purported authentic "files" from Defendant Gray's computer which are labeled in the declaration as "files" and "attachments."

145.    These "files" are not the same as the actual email attachments (nor does Defendant Gray's expert say that they are). *See* Declaration of Andreas Mueller, Dkt. 9-7 filed on December 12, 2024.

146.    During this lawsuit, Defendant Gray was separately asked through counsel to provide native files of the emails and attachments which would support her defense of prior creation.

147.    Defendant Gray has refused to provide the native files for Plaintiff's review.

148.    Plaintiff is informed and believes, and on that basis alleges, that Defendant Gray and her counsel know that the documents provided to the Court in opposition to the preliminary injunction motion and purported to be Defendant Gray's emailed manuscripts are not what they purport to be. As a result, they are fabricated, provided to the Court in an effort to deceive Plaintiff and the Court while knowing the documents are faked.

149.    If Defendant Gray had a *Nightweaver* manuscript which was actually emailed to herself or editor which pre-dated publication of Plaintiff's Works, such evidence would be of utmost importance to all counsel (especially Defendant Gray's), would likely be the first item reviewed by Defendant Gray's defense counsel in formulating any defense to this suit, and would reasonably assumed to be the first document sent from defense counsel to Plaintiff to prove Defendant's Gray's contentions.

38

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

150.   However, it appears from the conduct of Defendant Gray and her counsel that the actual authenticated email attachments (i.e., the native files thereof) appear to be the last thing Defendant Gray wants Plaintiff or the Court to see here.

151.   Aside from Defendant Gray, the balance of defendants to this suit are publishers of Defendant Gray's infringing work, with Hachette being the most recent publisher as far as Plaintiff can ascertain.

152.   With knowledge of the infringement due to communication of notice of same as detailed in the above-reference letter sent from Plaintiff's counsel to Defendant Gray as noted above, Defendants' actions amount to willful infringement.

### DEFENDANTS ARE LIABLE FOR STATUTORY DAMAGES AND ATTORNEYS' FEES FROM DEFENDANTS GRAY AND HACHETTE

153.   The Works were registered with the Copyright Office on February 5, 2024. *See* Exhibits 1-3.

154.   Upon information and belief, Defendant Gray registered *Nightweaver* v1 with the copyright office on July 10, 2023 under registration number TXU00238235, with a creation date of 2022.

155.   Upon information and belief, Defendants Gray and Merlin published *Nightweaver* on or about October 13, 2023 through Defendant Gatekeeper Press.

156.   Thereafter, Defendant Hachette acquired *Nightweaver* on March 14, 2024 and released it to the public in March 2025. *See* Dkt. 9-3, at ¶11.

157.   Moreover, after acquiring *Nightweaver*, Defendant Hachette made several, legally significant changes to *Nightweaver*, including but not limited to the following: 200 hours of labor by Hachette's editorial team, in-house designer spent 39 hours changing the cover and interior layout of the book, changed the cover design of the book, and changed the page edges. *See* Dkt. 9-3, at ¶¶6-30.

158.   Upon information and belief, these activities and all of Hachette's infringing

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

actions began after Defendant Hachette acquired *Nightweaver* on March 14, 2024.

159. As a result, Defendant Hachette is liable for statutory damages and attorneys' fees because all of its infringing activities occurred after the Works were registered on February 5, 2024.

160. Due to Defendant Hachette's actions, *Nightweaver* v1 and *Nightweaver* v2 also contain numerous editorial differences.

161. A detailed account of the differences and similarities are set forth in the attached **Exhibit 9**, which is incorporated by reference as if fully set forth herein.

162. For instance, *Nightweaver* v1 uses character names "Violet" and "Lord Castor," while *Nightweaver* v2 uses the character names "Aster" and "Lord Bludgrave" for the same characters.

163. Further, *Nightweaver* v2 was copyright registered on April 29, 2025, under registration number TX0009521085, with a creation date of 2025 and date of publication of March 4, 2025.

164. As a result of Defendant Hachette's first infringing action occurring after the Works were registered, *Nightweaver*'s change in publisher, significant time period between publications of the two versions, character name and other editorial changes, and the fact that each version has its own copyright, there is a legally significant difference between *Nightweaver* v2 published by Defendant Hachette and *Nightweaver* v1. Thus, Plaintiff is entitled to statutory damages and attorneys' fees from Defendants Gray and Hachette.

## V.    CAUSES OF ACTION

### FIRST CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT
(As to All Defendants)

165. Plaintiff repeats, alleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

166.    Plaintiff holds a valid copyright to the works titled *The Boy with the Beautiful Name, The Boy with the Beautiful Soul*, and *The Boy with the Beautiful Heart*.

167.    Defendant Gray had access to Plaintiff's books on Wattpad or otherwise due to its widespread dissemination.

168.    Wattpad provided for widespread dissemination of Plaintiff's works titled *The Boy with the Beautiful Name, The Boy with the Beautiful Soul*, and *The Boy with the Beautiful Heart*.

169.    As detailed above and as set forth in the exhibits submitted with this complaint and incorporated into this document, Defendant Gray has produced a book titled *Nightweaver* (both v1 and v2), which has substantial similarities of both an intrinsic and extrinsic nature, rendering Defendant Gray's work infringing upon Liz Ald's works, namely Plaintiff's Works.

170.    Plaintiff is informed, believes, and thereon alleges that the named Defendants, via *Nightweaver* v1 and *Nightweaver* v2, intentionally produced, distributed, published, sold, conveyed, and otherwise exploited Plaintiff's Works without authorization, in violation of Plaintiff's copyrights.

171.    Plaintiff is informed, believes, and thereon alleges that the named Defendants have intentionally violated the Federal Copyright Act, Title 17 U.S.C. §101 et seq., entitling Plaintiff to all damages and remedies provided by the Act.

172.    Plaintiff is informed, believes, and thereon alleges that the named Defendants continue to infringe upon Plaintiff Work's copyrights, causing Plaintiff irreparable injury and damage.

173.    Said infringement entitles Plaintiff to actual and statutory damages, injunctive, and other relief provided by the Copyright Act.

41

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## SECOND CAUSE OF ACTION
## CONTRIBUTORY COPYRIGHT INFRINGEMENT
(As to Defendant Gray)

174.   Plaintiff repeats, alleges and incorporates by reference the foregoing paragraphs as though fully set forth herein.

175.   Defendant Gray is liable for contributory infringement.

176.   As set forth in detail herein, Defendant Gray, upon information and belief, accessed Plaintiff's Works and committed direct copyright infringement by using them to author *Nightweaver*.

177.   Defendant Gray then supplied a manuscript of *Nightweaver* to Defendant Merlin, who then published *Nightweaver*.

178.   Defendant Gray then sold *Nightweaver* to Defendant Hachette, who made editorial changes to *Nightweaver*, registered *Nightweaver* v2 as a copyright and published *Nightweaver* v2.

179.   Defendant Gray, as author of *Nightweaver,* knew that Defendants Merlin and Hachette directly infringed the Works when they published *Nightweaver* because she authored *Nightweaver*.

180.   Defendant Gray, as author of *Nightweaver,* induced, caused, and materially contributed to the infringing conduct of Defendants Merlin and Hachette by authoring and supplying the infringing material contained in *Nightweaver* v1 and v2.

181.   As a result, Defendant Gray induced, caused, or materially contributed to the copyright infringement by others, including, but not limited to, the infringing conduct of the other Defendants, of the Plaintiff's copyrights in Plaintiff's Works as alleged herein.

182.   Defendant Gray knew or had reason to know that the conduct of such other parties infringed Plaintiff's copyrights in Plaintiff's Works.

183.   Specifically, Defendant Gray knew that the publication and distribution of

42

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

*Nightweaver* by Defendants Merlin and Hachette would infringe Plaintiff's Works because she knew of her own direct infringement of Plaintiff's Works.

184.    As a direct and proximate result of said Defendants' contributory copyright infringement, Plaintiff has suffered and will continue to suffer severe injuries and damage, some of which cannot be reasonably and adequately measured or compensated in damages.

185.    By reason of the foregoing, Plaintiff is further entitled to damages Plaintiff has sustained and will sustain in the future, and any profits of Defendant Gray as a result of the infringements, in an amount to be ascertained at trial.

**PRAYER FOR RELIEF**

1.    For a preliminary and permanent injunction enjoining Defendants from infringing the copyrights of Plaintiff in any manner;

2.     For actual damages and profits according to proof;

3.    That Defendants be required to pay to Plaintiff such damages as Plaintiff has sustained in consequence of Defendants' infringements of Plaintiff's copyrights and to account for:

    (a)    All gains, profits, and advantages derived by Defendants by his or her infringement of Plaintiff's copyrights or such damages as the court shall deem proper within the provisions of the copyright statute; and

    (b)    That Defendants deliver up to be impounded during the pendency of this action all copies of said infringing work as are in its possession or under its control and deliver up for destruction all infringing copies or other mechanisms utilized to make infringing copies.

4.    For statutory damages, and costs with respect to *Nightweaver* v2 and any other derivative works against Defendants Gray and Hachette;

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

5.      For an accounting of all totals referenced in Item "3" herein;

6.      For Plaintiff's reasonable attorney fees against Defendants Gray and Hachette;

7.      For costs of suit and interest; and

8.      For such relief as is just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff respectfully demands a trial by jury in this action.


Dated: September 4, 2025                    Respectfully submitted,


                                            **LEJEUNE LAW, P.C.**

                                    By:    /s/ Cody R. LeJeune
                                           Cody R. LeJeune
                                           402 West Broadway, Suite 400
                                           San Diego, CA 92101
                                           Telephone: (985) 713-4964

                                           Attorney for Plaintiff,
                                           L ALD LLC,
                                           A Florida Limited Liability Company

44

SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF